**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                             CHAPTER 11

**RICHARD HAISFIELD and**                          CASE NO.: 3:11-bk-08765-PMG
**AUDREY L. HAISFIELD,**

             **Debtors.**
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b), Latham, Shuker, Eden & Beaudine, LLP hereby appears in the above-captioned case as counsel for **Stonewall Farm Ocala, LLC** and hereby requests, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person:

        R. Scott Shuker, Esq.
        Latham, Shuker, Eden & Beaudine, LLP
        390 North Orange Avenue, Suite 600
        P. O. Box 3353 (32802)
        Orlando, Florida 32801
        Telephone: 407-481-5800
        Facsimile:  407-481-5801

**PLEASE TAKE FURTHER NOTICE** that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of: (1) the rights to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, setoffs, or recoupments to which the above referenced parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above referenced parties expressly reserve.

**DATED** this 6th day of February 2012.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.
Florida Bar No. 0984469
rshuker@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
111 N. Magnolia Avenue, Suite 1400
P. O. Box 3353
Orlando, Florida 32802-3353
Telephone: 407-481-5800
Facsimile: 407-481-5801
Attorney for Stonewall Farm Ocala, LLC

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **RICHARD HAISFIELD and AUDREY L. HAISFIELD,** | **CASE NO.: 3:11-bk-08765-PMG** |
|       **Debtors.** | |
| _____/ | |

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true copy of the foregoing has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Richard Haisfield and Audrey L. Haisfield, c/o Jimmy D Parrish, Esq., Baker & Hostetler LLP, 200 S Orange Avenue, SunTrust Center - Suite 2300, Orlando, FL 32801; the Local Rule 1007-2 Parties-in-Interest List, as shown on the service list attached to the original notice filed with the Court; and to the United States Trustee, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801, on this 6th day of February 2012.

                                               /s/ R. Scott Shuker, Esq.
                                               R. Scott Shuker, Esq.

```
Label Matrix for local noticing      Richard Haisfield              Bryant & Sons
113A-3                               800 SW 85th Avenue             812 State Street
Case 3:11-bk-08765-PMG               Ocala, FL 34481-1525           Santa Barbara, CA 93101-3296
Middle District of Florida
Jacksonville
Mon Feb  6 11:18:05 EST 2012

Burr Forman, LLP                     Eric Kondzielawa               Express Premium Finance
P.O. Box 830719                      3233 Fortune Mountain Road     Co., Inc.
Birmingham, AL 35283-0719            Marshall, VA 20115-3324        5601 N. Classen Blvd.
                                                                    #101
                                                                    Oklahoma City, OK 73118-4015


(p)FIFTH THIRD BANK                  FirsTier Bank                  Gregory Kemplin
MD# ROPS05 BANKRUPTCY DEPT           Louisville Bank                1500 E. Tall Tree Road
1850 EAST PARIS SE                   980 Dillon Road                Apt 18106
GRAND RAPIDS MI 49546-6253           Louisville, CO 80027-2950      Derby, KS  67037-6050


IRS-Dept. of Tax Settlement          J.P. Morgan Chase              Marc Haisfield
2152 Dupont Street                   201 East Main Street           11888 Lake Shore Place
Suite 101                            Lexington, KY 40507-2003       North Palm Beach, FL 33408-3206
Irvine, CA 92612-1315


Michael Haisfield                    Montecito Bank & Trust         Reese Henry & Co.
c/o The Aspen Store                  1000 State Street              400 East Main Street
435 W. Main Street                   Santa Barbara, CA 93101-2779   Suite 2
Aspen, CO 81611-1615                                                Aspen, CO 81611-2919


Regions Bank                         Regions Bank, NA               Stearns Weaver Law Firm
c/o Tripp Scott                      c/o James Miropol              Museum Tower
110 SE 6th Street 16th floor         525 Okeechobee Blvd.           150 W. Flagler Street
Fort Lauderdale, FL 33301-5000       Suite 700                      Suite 2200
                                     West Palm Beach, FL 33401-6353 Miami, FL 33130-1545


Stone Wall Acquisition, LLC          SunTrust Bank                  T.D. Bank, N.A.
5887 Cornell Road                    109 Royal Palm Way             380 S. County Road
Unit 1                               Palm Beach, FL 33480-4249      Palm Beach, FL 33480-4441
Cincinnati, OH 45242-2041


Thorp, Reed & Armstrong              Tracy Egglestone               United States Trustee - JAX 11 +
One Commerce Square                  c/o The Aspen Store            135 W Central Blvd, Suite 620
2005 Market Street                   435 W. Main Street             Orlando, FL 32801-2440
Suite 1000                           Aspen, CO 81611-1615
Philadelphia, PA 19103-7031


Jimmy D Parrish +                    Elena L Escamilla +            John G Bianco III+
Baker & Hostetler  LLP               United States Trustee          Tripp Scott PA
200 S Orange Avenue                  135 West Central Blvd  Suite 620  110 SE 6th Street 15th Floor
SunTrust Center - Suite 2300         Orlando, FL 32801-2440         Fort Lauderdale, FL 33301-5004
Orlando, FL 32801-3432


Timothy S Laffredi +
135 West Central Blvd Suite 620
Orlando, FL 32801-2476
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fifth Third Bank
250 West Main Street
Suite 100
Lexington, KY 40507-1714

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27