# EXHIBIT C-2

## SCHEDULES MATTER INVOICES

# Baker Hostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date:           02/16/2012<br>Invoice Number:            1441960<br>B&H File Number: 07938/045116/000002<br>Taxpayer ID Number:       34-0082025<br>Page 1 |

**Regarding:** Schedules (002)

For professional services rendered through January 31, 2012:

       **BALANCE FOR THIS INVOICE DUE BY 3/9/2012**      $      10,033.50

*Remittance Copy*

<u>Please include this page with payment</u>

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1441960**

| PLEASE REMIT TO:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, Ohio 44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br><u>SWIFT Code: KEYBUS33</u> |
|---|---|
| Reference Invoice No: 1441960 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date: 02/16/2012
Invoice Number: 1441960
B&H File Number: 07938/045116/000002
Taxpayer ID Number: 34-0082025
Page 2

---

**Regarding:** Schedules (002)

For professional services rendered through January 31, 2012:

    **Fees**      $    10,033.50

**BALANCE FOR THIS INVOICE DUE BY 3/9/2012**      $    10,033.50

Case 3:11-bk-08765-PMG    Doc 416-4    Filed 06/28/17    Page 4 of 13

Richard Haisfield and Audrey K. Haisfield                              Invoice Date:      02/16/2012
                                                                       Invoice Number:    1441960
                                                                       Matter Number:     045116.000002
                                                                                          Page 3

Regarding:       Schedules (002)

Matter Number:   045116.000002

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 8.50 | $ 390.00 | $ 3,315.00 |
| Jimmy D. Parrish | 10.30 | 375.00 | 3,862.50 |
| Andrew V. Layden | 0.70 | 230.00 | 161.00 |
| Deanna L Lane | 3.50 | 210.00 | 735.00 |
| Deanna L Lane | 9.80 | 200.00 | 1,960.00 |
| Total | 32.80 | | $ 10,033.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/5/11 | Deanna L Lane | Drafted extensive memo to clients regarding documentation needed for schedules, statement of financial affairs, IDI meeting, and monthly reports; sent documentation forms to clients by email and overnight mail; phone call to client informing him of same | 0.50 |
| 12/8/11 | Deanna L Lane | Prepared drafts of schedules, statement of financial affairs and IDI binders | 1.50 |
| 12/9/11 | Deanna L Lane | Extended conversation with client regarding items needed for schedules, statement of financial affairs and IDI meeting | 1.50 |
| 12/12/11 | Jimmy D. Parrish | Review and revise schedules. | 1.30 |
| 12/13/11 | Deanna L Lane | Extended conversation with client in order to add information to the schedules, statement of financial affairs and IDI binder (Bankruptcy) | 2.00 |
| 12/14/11 | Deanna L Lane | Reviewing client information and documents; editing schedules and statement of financial affairs, | 2.00 |
| 12/15/11 | Jimmy D. Parrish | Review issues regarding Haisfeld schedules. | 1.70 |
| 12/20/11 | Andrew V. Layden | Research regarding joint debtors entitlement to stack claims of exemption on separately and jointly owned property. | 0.70 |
| 12/20/11 | Deanna L Lane | Continuation of the preparation of schedules, statement of financial affairs and IDI binder | 2.30 |
| 12/20/11 | Jimmy D. Parrish | Review and revise schedules. | 1.40 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/21/11 | Jimmy D. Parrish | Talk with Mr. and Ms. Haisfield regarding schedule drafts. | 1.10 |
| 12/21/11 | Jimmy D. Parrish | Review schedule documents. | 3.10 |
| 12/29/11 | Jimmy D. Parrish | Review Haisfield schedule amendment issues. | 1.00 |
| 12/29/11 | Jimmy D. Parrish | Talk with Mr. and Ms. Haisfield regarding IDI and schedule amendments. | 0.70 |
| 1/3/12 | Jimmy D. Parrish | Talk with Mr. Pendergast regarding Haisfield schedule amendments. | 1.20 |
| 1/3/12 | Jimmy D. Parrish | Talk with Ms. Collins regarding Haisfield schedule information. | 0.30 |
| 1/3/12 | Jimmy D. Parrish | Talk with Ms. Sumner regarding Haisifeld schedule information. | 0.30 |
| 1/3/12 | Jimmy D. Parrish | Review Haisfield schedule amendments. | 1.10 |
| 1/5/12 | Jimmy D. Parrish | Talk with Ms. Escamilla regarding Haisfield schedule amendments. | 0.40 |
| 1/6/12 | Deanna L Lane | Review of email from trustee's analyst regarding additional information needed to amend schedules | 0.40 |
| 1/9/12 | Jimmy D. Parrish | Review Haisfield schedule documents. | 0.90 |
| 1/10/12 | Jimmy D. Parrish | Talk with Mr. Pendegast regarding Haisfield schedule amendments. | 0.40 |
| 1/10/12 | Jimmy D. Parrish | Review Haisifeld schedule amendments. | 0.40 |
| 1/17/12 | Jimmy D. Parrish | Talk with Mr. Pendergast regarding Haisfield schedule documents. | 0.30 |
| 1/17/12 | Jimmy D. Parrish | Review Pendergast documents. | 0.50 |
| 1/18/12 | Jimmy D. Parrish | Talk with Mr. Laffredi regarding Haisfield document requests. | 0.30 |
| 1/25/12 | Jimmy D. Parrish | Talk with Mr. Pendergast and Mr. Haisfield regarding US Trustee document requests. | 1.40 |
| 1/30/12 | Deanna L Lane | Amended Schedule B to reflect direct and indirect corporate ownership of debtors | 1.00 |
| 1/30/12 | Deanna L Lane | Telephone conference with client regarding documentation needed by trustee to amend schedules | 0.50 |
| 1/30/12 | Jimmy D. Parrish | Review schedule amendments. | 1.00 |
| 1/31/12 | Deanna L Lane | Continuation of the collection and review of documents for amending of schedules and statement of financial affairs | 1.60 |
| | | **Total** | **32.80** |

# Baker Hostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date: 04/30/2012<br>Invoice Number: 1463090<br>B&H File Number: 07938/045116/000002<br>Taxpayer ID Number: 34-0082025<br>Page 1 |

---

**Regarding:**     Schedules (002)

For professional services rendered through March 31, 2012:

    **BALANCE FOR THIS INVOICE DUE BY 5/22/2012**     $     **10,522.02**

*Remittance Copy*

Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1463090**

---

| PLEASE REMIT TO:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, Ohio 44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br>SWIFT Code: KEYBUS33 |
|---|---|
| Reference Invoice No: 1463090 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 04/30/2012 |
| 800 SW 85th Ave | Invoice Number: 1463090 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000002 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:** Schedules (002)

For professional services rendered through March 31, 2012:

| | | |
|---|---|---|
| Fees | $ | 10,514.50 |
| **Expenses and Other Charges** | | |
| Court Fees (E112) | | 7.52 |
| **Total Expenses** | $ | 7.52 |
| **BALANCE FOR THIS INVOICE DUE BY 5/22/2012** | $ | 10,522.02 |

**Baker & Hostetler LLP**

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Case 3:11-bk-08765-PMG   Doc 416-4   Filed 06/28/17   Page 8 of 13

Richard Haisfield and Audrey L. Haisfield
Invoice Date: 04/30/2012
Invoice Number: 1463090
Matter Number: 045116.000002
Page 3

**Regarding:** Schedules (002)

Matter Number: 045116.000002

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Elizabeth A. Green | 4.20 | $ 470.00 | $ 1,974.00 |
| Jimmy D. Parrish | 4.80 | 390.00 | 1,872.00 |
| Wendy C. Townsend | 12.70 | 325.00 | 4,127.50 |
| Deanna L Lane | 12.10 | 210.00 | 2,541.00 |
| **Total** | **33.80** | | $ **10,514.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/2/12 | Deanna L Lane | Receipt, review and organization of emails and attachments from Mr. Parrish received from Mr. Pendergast regarding items needed to fulfill trustee's requests | 3.50 |
| 2/2/12 | Elizabeth A. Green | Review issues regarding schedules. | 0.90 |
| 2/2/12 | Jimmy D. Parrish | Talk with Mr. Wolf regarding California property sale. | 0.30 |
| 2/2/12 | Wendy C. Townsend | Telephone conference with Mr. Pendegrast regarding same. | 0.20 |
| 2/2/12 | Wendy C. Townsend | Review issues in anticipation of revising schedules, meeting with client and continued 341 meeting, including underlying documents provided by client, and documents furnished in response to requests from Trustee. | 4.20 |
| 2/3/12 | Elizabeth A. Green | Review issues regarding assets and schedules. | 0.80 |
| 2/3/12 | Jimmy D. Parrish | Review schedule amendments and UST requests. | 1.00 |
| 2/6/12 | Deanna L Lane | Receipt, review and compiling of revised corporate ownership information from Mr. Pendergast | 2.50 |
| 2/6/12 | Jimmy D. Parrish | Review issues regarding schedule amendments. | 0.70 |
| 2/6/12 | Jimmy D. Parrish | Talk with Mr. Lynch regarding schedule amendments. | 0.10 |
| 2/6/12 | Jimmy D. Parrish | Talk with Mr. Laffreddi regarding Haisifeld schedule amendments. | 0.40 |
| 2/6/12 | Wendy C. Townsend | Telephone conference with Mr. Haisfield regarding same. | 0.30 |
| 2/6/12 | Wendy C. Townsend | Continue to review issues in anticipation of 341 and to | 0.40 |

| Date | Name | Description | Hours |
|---|---|---|---|
| | | identify issues for Mr. Pendegrast. | |
| 2/6/12 | Wendy C. Townsend | Various telephone conferences with Mr. Haisfield and Mr. Pendergrast. | 0.40 |
| 2/6/12 | Wendy C. Townsend | Receipt and review of 6 sets of bank statements in anticipation of revising schedules and SOFA. | 0.40 |
| 2/6/12 | Wendy C. Townsend | Receipt and review of draft of proposed revised schedules and SOFA. | 0.20 |
| 2/6/12 | Wendy C. Townsend | Continue to review documents and advise on revision of schedules in anticipation of 341 meeting. | 1.60 |
| 2/7/12 | Deanna L Lane | Extensive editing of Schedules B, D, F and G, Summary of Schedules, and Statement of Financial Affairs to reflect additional and revised information; preparing verification of electronic filing; e-filing all of the above | 3.00 |
| 2/7/12 | Deanna L Lane | Extensive telephone conversations with client, Ms. Townsend, Mr. Parrish and Mr. Pendergast discussing information to amend schedules and statement of financial affairs | 1.50 |
| 2/7/12 | Elizabeth A. Green | Review issues regarding schedules. | 2.50 |
| 2/7/12 | Jimmy D. Parrish | Review and revise Hasifeld schedules. | 1.50 |
| 2/7/12 | Wendy C. Townsend | Telephone conference with Mr. Haisfield. | 0.80 |
| 2/7/12 | Wendy C. Townsend | Continue to review underlying documents in anticipation of 341 meeting. | 2.30 |
| 2/7/12 | Wendy C. Townsend | Receipt and review of correspondence from Mr. Pendergrast regarding revised schedules. | 0.30 |
| 2/7/12 | Wendy C. Townsend | Conference call with Mr. Parrish, Ms. Lane, Mr. Haisfield and Mr. Pendergrast. | 1.40 |
| 2/7/12 | Wendy C. Townsend | Receipt and review of revised entity list from Mr. Pendergrast. | 0.20 |
| 2/9/12 | Deanna L Lane | Preparing, e-filing and serving Certificate of Mailing of Amended Schedule F (to creditors moved from Schedule D to Amended Schedule F) | 0.50 |
| 2/16/12 | Jimmy D. Parrish | Talk with Mr. Pendergast regarding schedule amendments. | 0.40 |
| 2/21/12 | Jimmy D. Parrish | Talk with Mr. Pendergast regarding schedule amendments. | 0.40 |
| 2/22/12 | Deanna L Lane | Telephone call with client and then Mr. Pendergast with questions regarding the ownership interest listed in this latest document version | 0.40 |
| 2/22/12 | Deanna L Lane | Sending Ms. Summers the appraisal of personal property of Stonewall Farm Ocala | 0.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/24/12 | Deanna L Lane | Amend Schedule B and SOFA with new information from Mr. Pendergast | 0.50 |
| | | Total | 33.80 |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date: 10/19/2012<br>Invoice Number: 1507990<br>B&H File Number: 07938/045116/000002<br>Taxpayer ID Number: 34-0082025<br>Page 1 |

---

Regarding:    Schedules (002)

For professional services rendered through September 30, 2012:

        BALANCE FOR THIS INVOICE DUE BY 11/9/2012    $    1,524.00

## Remittance Copy

*Please include this page with payment*

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1507990**

| PLEASE REMIT TO:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, Ohio 44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br>**SWIFT Code: KEYBUS33** |
|---|---|
| Reference Invoice No: 1507990 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 10/19/2012 |
| Invoice Number: | 1507990 |
| B&H File Number: | 07938/045116/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:** Schedules (002)

For professional services rendered through September 30, 2012:

| | | |
|---|---|---|
| Fees | $ | 1,524.00 |
| **BALANCE FOR THIS INVOICE DUE BY 11/9/2012** | $ | 1,524.00 |
| *PREVIOUS BALANCE* | | 6,164.40 |
| *TOTAL BALANCE DUE* | $ | 7,688.40 |

**Baker & Hostetler LLP**
*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

**Regarding:** Schedules (002)

Matter Number: 045116.000002

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 3.10 | $ 390.00 | $ 1,209.00 |
| Deanna L Lane | 1.50 | 210.00 | 315.00 |
| Total | 4.60 | | $ 1,524.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 9/4/12 | Jimmy D. Parrish | Review issues regarding Haisfield schedule amendments. | 0.60 |
| 9/4/12 | Jimmy D. Parrish | Meet with Mr. and Ms. Haisfield regarding schedule amendments. | 2.50 |
| 9/5/12 | Deanna L Lane | Editing and e-filing amended schedules and statement of financial affairs | 1.50 |
| | | Total | 4.60 |

## ACCOUNT SUMMARY

Outstanding Invoices as of October 19, 2012

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 02/16/12 | 1441960 | $ 10,033.50 | 06/29/12 | $ 7,023.45 | | $ 0.00 | $ 3,010.05 |
| 04/30/12 | 1463090 | 10,522.02 | 06/29/12 | 7,367.67 | | 0.00 | 3,154.35 |
| | Totals | $ 20,555.52 | | $ 14,391.12 | | $ 0.00 | $ 6,164.40 |

| | |
|---|---|
| Accounts Receivable Balance | $ 6,164.40 |
| This Invoice | 1,524.00 |
| Total Due Including Current Invoice | $ 7,688.40 |

**Baker & Hostetler LLP**
*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*