# **EXHIBIT C-8**

# **AVOIDANCE ACTIONS MATTER INVOICES**

# Baker Hostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 07/21/2012 |
| 800 SW 85th Ave | Invoice Number: 1485035 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000011 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

---

**Regarding:** Avoidance Actions (011)

For professional services rendered through June 30, 2012:

    **BALANCE FOR THIS INVOICE DUE BY 8/11/2012**    $    **1,170.00**

## Remittance Copy

**Please include this page with payment**

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1485035**

| | |
|---|---|
| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code: KEYBUS33 |
| Reference Invoice No: 1485035 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date: 07/21/2012
Invoice Number: 1485035
B&H File Number: 07938/045116/000011
Taxpayer ID Number: 34-0082025
Page 2

**Regarding:**   Avoidance Actions (011)

For professional services rendered through June 30, 2012:

    Fees                                                            $      1,170.00

**BALANCE FOR THIS INVOICE DUE BY 8/11/2012**              $     1,170.00

Richard Haisfield and Audrey L. Haisfield  
Case 3:11-bk-08765-PMG    Doc 416-10    Filed 06/28/17    Page 4 of 16

Invoice Date: 07/21/2012  
Invoice Number: 1485035  
Matter Number: 045116.000011  
Page 3

**Regarding:** Avoidance Actions (011)

Matter Number: 045116.000011

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 3.00 | $ 390.00 | $ 1,170.00 |
| Total | 3.00 | | $ 1,170.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 5/18/12 | Jimmy D. Parrish | Review potential avoidance actions. | 1.30 |
| 6/25/12 | Jimmy D. Parrish | Review derivative standing issues. | 1.70 |
| | | Total | 3.00 |

# Baker Hostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date: 08/23/2012<br>Invoice Number: 1493336<br>B&H File Number: 07938/045116/000011<br>Taxpayer ID Number: 34-0082025<br>Page 1 |

**Regarding:**   Avoidance Actions (011)

For professional services rendered through July 31, 2012:

       **BALANCE FOR THIS INVOICE DUE BY 9/13/2012**   $   **897.00**

*Remittance Copy*

Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1493336**

| | |
|---|---|
| PLEASE REMIT TO:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, Ohio 44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br><u>SWIFT Code: KEYBUS33</u> |
| Reference Invoice No: 1493336 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 08/23/2012 |
| 800 SW 85th Ave | Invoice Number: 1493336 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000011 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:** Avoidance Actions (011)

For professional services rendered through July 31, 2012:

| | | |
|---|---|---|
| Fees | $ | 897.00 |
| **BALANCE FOR THIS INVOICE DUE BY 9/13/2012** | $ | 897.00 |

**Regarding:** Avoidance Actions (011)

Matter Number: 045116.000011

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 2.30 | $ 390.00 | $ 897.00 |
| Total | 2.30 | | $ 897.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 7/3/12 | Jimmy D. Parrish | Review issues regarding derivative action to pursue avoidance claims. | 2.30 |
| | | Total | 2.30 |

Baker & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date: 02/19/2013<br>Invoice Number: 1540532<br>B&H File Number: 07938/045116/000011<br>Taxpayer ID Number: 34-0082025<br>Page 1 |

**Regarding:** Avoidance Actions (011)

For professional services rendered through January 31, 2013:

**BALANCE FOR THIS INVOICE DUE BY 3/12/2013**      $      82.00

## Remittance Copy

Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1540532**

| PLEASE REMIT TO:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, Ohio 44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br>**SWIFT Code: KEYBUS33** |
|---|---|
| Reference Invoice No: 1540532 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date: 02/19/2013
Invoice Number: 1540532
B&H File Number: 07938/045116/000011
Taxpayer ID Number: 34-0082025
Page 2

**Regarding:**   Avoidance Actions (011)

For professional services rendered through January 31, 2013:

| | | |
|---|---|---|
| **Fees** | $ | 82.00 |
| **BALANCE FOR THIS INVOICE DUE BY  3/12/2013** | $ | 82.00 |
| *PREVIOUS BALANCE* | | *1,248.00* |
| *TOTAL BALANCE DUE* | $ | *1,330.00* |

**Baker&Hostetler LLP**
*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield and Audrey L. Haisfield
Case 3:11-bk-08765-PMG  Doc 416-10  Filed 06/28/17  Page 10 of 16
Invoice Date: 02/19/2013
Invoice Number: 1540532
Matter Number: 045116.000011
Page 3

Regarding: Avoidance Actions (011)

Matter Number: 045116.000011

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 0.20 | $ 410.00 | $ 82.00 |
| Total | 0.20 | | $ 82.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 1/29/13 | Jimmy D. Parrish | Talk with Ms. Leitch regarding extension to file adversary lawsuits. | 0.20 |
| | | Total | 0.20 |

## ACCOUNT SUMMARY

**Outstanding Invoices as of February 19, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 07/21/12 | 1485035 | $ 1,170.00 | 08/29/12 | $ 819.00 | | $ 0.00 | $ 351.00 |
| 08/23/12 | 1493336 | 897.00 | | 0.00 | | 0.00 | 897.00 |
| | Totals | $ 2,067.00 | | $ 819.00 | | $ 0.00 | $ 1,248.00 |

| | |
|---|---|
| Accounts Receivable Balance | $ 1,248.00 |
| This Invoice | 82.00 |
| Total Due Including Current Invoice | $ 1,330.00 |

**Baker & Hostetler LLP**
Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver  Houston  Los Angeles  New York  Orlando  Washington, DC

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date: 03/18/2013<br>Invoice Number: 1548132<br>B&H File Number: 07938/045116/000011<br>Taxpayer ID Number: 34-0082025<br>Page 1 |

**Regarding:**     Avoidance Actions (011)

For professional services rendered through February 28, 2013:

**BALANCE FOR THIS INVOICE DUE BY 4/8/2013**          $          **738.00**

## Remittance Copy

Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1548132**

| PLEASE REMIT TO:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, Ohio 44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br>**SWIFT Code: KEYBUS33** |
|---|---|
| Reference Invoice No: 1548132 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 03/18/2013 |
| 800 SW 85th Ave | Invoice Number: 1548132 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000011 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:** Avoidance Actions (011)

For professional services rendered through February 28, 2013:

| | | |
|---|---|---|
| Fees | $ | 738.00 |
| | | |
| **BALANCE FOR THIS INVOICE DUE BY 4/8/2013** | $ | 738.00 |
| *PREVIOUS BALANCE* | | *1,330.00* |
| *TOTAL BALANCE DUE* | *$* | *2,068.00* |

**Baker & Hostetler LLP**
*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield and Audrey L. Haisfield | Invoice Date: | 03/18/2013
 | Invoice Number: | 1548132
 | Matter Number: | 045116.000011
 | | Page 3

Case 3:11-bk-08765-PMG   Doc 416-10   Filed 06/28/17   Page 13 of 16

| Regarding: | Avoidance Actions (011) |
|---|---|
| Matter Number: | 045116.000011 |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 1.80 | $ 410.00 | $ 738.00 |
| Total | 1.80 | | $ 738.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/18/13 | Jimmy D. Parrish | Review Committee complaint and avoidance issues. | 1.40 |
| 2/19/13 | Jimmy D. Parrish | Talk with Mr. Krasker regarding Committee complaint response due date. | 0.40 |
| | | Total | 1.80 |

## ACCOUNT SUMMARY

Outstanding Invoices as of March 18, 2013

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 07/21/12 | 1485035 | $ 1,170.00 | 08/29/12 | $ 819.00 | $ | 0.00 | $ 351.00 |
| 08/23/12 | 1493336 | 897.00 | | 0.00 | | 0.00 | 897.00 |
| 02/19/13 | 1540532 | 82.00 | | 0.00 | | 0.00 | 82.00 |
| Totals | | $ 2,149.00 | | $ 819.00 | | $ 0.00 | $ 1,330.00 |

| | |
|---|---|
| Accounts Receivable Balance | $ 1,330.00 |
| This Invoice | 738.00 |
| Total Due Including Current Invoice | $ 2,068.00 |

**Baker & Hostetler LLP**

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 07/15/2013 |
| Invoice Number: | 1579015 |
| B&H File Number: | 07938/045116/000011 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**   Avoidance Actions (011)

For professional services rendered through June 30, 2013:

**BALANCE FOR THIS INVOICE DUE BY 8/5/2013**   $   **41.00**

*Remittance Copy*

Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1579015**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code: KEYBUS33** |
| Reference Invoice No: 1579015 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date: 07/15/2013
Invoice Number: 1579015
B&H File Number: 07938/045116/000011
Taxpayer ID Number: 34-0082025
Page 2

---

**Regarding:** Avoidance Actions (011)

For professional services rendered through June 30, 2013:

| | | |
|---|---|---|
| **Fees** | $ | 41.00 |
| **BALANCE FOR THIS INVOICE DUE BY  8/5/2013** | $ | 41.00 |
| *PREVIOUS BALANCE* | | *2,068.00* |
| *TOTAL BALANCE DUE* | $ | *2,109.00* |

Richard Haisfield and Audrey L. Haisfield  
Case 3:11-bk-08765-PMG    Doc 416-10    Filed 06/28/17    Page 16 of 16
Invoice Date: 07/15/2013
Invoice Number: 1579015
Matter Number: 045116.000011
Page 3

Regarding: Avoidance Actions (011)

Matter Number: 045116.000011

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 0.10 | $ 410.00 | $ 41.00 |
| Total | 0.10 | | $ 41.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 6/18/13 | Jimmy D. Parrish | Talk with Mr. Wilcox regarding Committee avoidance actions. | 0.10 |
| | | Total | 0.10 |

## ACCOUNT SUMMARY

**Outstanding Invoices as of July 15, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 07/21/12 | 1485035 | $ 1,170.00 | 08/29/12 | $ 819.00 | $ | 0.00 | $ 351.00 |
| 08/23/12 | 1493336 | 897.00 | | 0.00 | | 0.00 | 897.00 |
| 02/19/13 | 1540532 | 82.00 | | 0.00 | | 0.00 | 82.00 |
| 03/18/13 | 1548132 | 738.00 | | 0.00 | | 0.00 | 738.00 |
| Totals | | $ 2,887.00 | | $ 819.00 | | $ 0.00 | $ 2,068.00 |

| | |
|---|---|
| Accounts Receivable Balance | $ 2,068.00 |
| This Invoice | 41.00 |
| Total Due Including Current Invoice | $ 2,109.00 |

**Baker & Hostetler LLP**

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*