# **EXHIBIT C-9**

## **WORKOUT/INVOLUNTARY MATTER INVOICES**

# Baker Hostetler

| | | |
|---|---|---|
| Richard Haisfield | Invoice Date: | 06/17/2011 |
| 800 SW 85th Avenue | Invoice Number: | 1375883 |
| Ocala FL 34481-1525 | B&H File Number: | 07938/097983/000001 |
| | Taxpayer ID Number: | 34-0082025 |
| | | Page 1 |

Regarding:     **Workout**
                **(Stone Wall Acquisition/Cincinnati Capital Corp)**

# Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

**Invoice No: 1375883**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code:  KEYBUS33 |
| Reference Invoice No: 1375883 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 06/17/2011 |
| Invoice Number: | 1375883 |
| B&H File Number: | 07938/097983/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**   **Workout**
                 **(Stone Wall Acquisition/Cincinnati Capital Corp)**

**Expenses and Other Charges**

| | |
|---|---|
| Facsimile (E104) | 18.00 |
| **Total Expenses** | $   18.00 |

# Baker&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield

| | |
|---|---|
| Invoice Date: | 06/17/2011 |
| Invoice Number: | 1375883 |
| Matter Number: | 097983.000001 |
| | Page 3 |

**Regarding:**      **Workout**
                    **(Stone Wall Acquisition/Cincinnati Capital Corp)**

Matter Number:      097983.000001

| Name | Rate |
|---|---|
| Jimmy D. Parrish | $ 375.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 5/27/11 | Jimmy D. Parrish | Review issues regarding Haisfield involuntary. | 0.70 |
| 5/27/11 | Jimmy D. Parrish | Talk with Mr. McCoskey regarding Haisfield involuntary. | 0.80 |

BAKER & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 07/20/2011 |
| Invoice Number: | 1383752 |
| B&H File Number: | 07938/097983/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**  **Workout**
**(Stone Wall Acquisition/Cincinnati Capital Corp)**

**BALANCE FOR THIS INVOICE DUE BY 8/10/2011**        $        5,600.27

## Remittance Copy
Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

**Invoice No:  1383752**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code:  KEYBUS33 |
| Reference Invoice No: 1383752 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

| | |
|---|---|
| Richard Haisfield | Invoice Date: 07/20/2011 |
| 800 SW 85th Avenue | Invoice Number: 1383752 |
| Ocala FL 34481-1525 | B&H File Number: 07938/097983/000001 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

Regarding:    **Workout**
                   **(Stone Wall Acquisition/Cincinnati Capital Corp)**

| | |
|---|---|
| **Fees** | $    5,587.50 |
| | |
| **Expenses and Other Charges** | |
|    **Facsimile (E104)** | 4.00 |
|    **Telephone (E105)** | 8.77 |
| **Total Expenses** | $    12.77 |
| | |
| **BALANCE FOR THIS INVOICE DUE BY  8/10/2011** | $    5,600.27 |
| | |
| *PREVIOUS BALANCE* | *1,518.00* |
| *TOTAL BALANCE DUE* | *$    7,118.27* |

# Baker & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield

| | |
|---|---|
| Invoice Date: | 07/20/2011 |
| Invoice Number: | 1383752 |
| Matter Number: | 097983.000001 |
| | Page 3 |

**Regarding:** **Workout**
**(Stone Wall Acquisition/Cincinnati Capital Corp)**

Matter Number:     097983.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 14.90 | $ 375.00 | $ 5,587.50 |
| **Total** | **14.90** | | **$ 5,587.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 6/6/11 | Jimmy D. Parrish | Talk with Mr. Macdonald regarding Haisfield involuntary actions. | 0.40 |
| 6/6/11 | Jimmy D. Parrish | Review Haisfield involuntary petitions and emergency stay relief motions. | 2.20 |
| 6/6/11 | Jimmy D. Parrish | Attend emergency hearing on Haisfield stay relief. | 0.30 |
| 6/6/11 | Jimmy D. Parrish | Talk with Mr. McCoskey regarding Haisfield emergency hearing. | 0.10 |
| 6/6/11 | Jimmy D. Parrish | Talk with Mr. Chapman regarding Haisfield emergency hearing. | 1.10 |
| 6/7/11 | Jimmy D. Parrish | Talk with Mr. Eddleson regarding Haisfield workout alternatives. | 0.30 |
| 6/9/11 | Jimmy D. Parrish | Talk with Mr. Chapman and Mr. McCoskey regarding Haisfield involuntary. | 0.40 |
| 6/10/11 | Jimmy D. Parrish | Review Haisfield involuntary alternatives. | 1.10 |
| 6/10/11 | Jimmy D. Parrish | Talk with Mr. McCoskey, Mr. Chapman, and Mr. Eddleson regarding Haisfield involuntary alternatives. | 0.80 |
| 6/10/11 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding involuntary alternatives. | 0.30 |
| 6/13/11 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding involuntary options. | 0.40 |
| 6/15/11 | Jimmy D. Parrish | Review issues regarding involuntary. | 0.60 |
| 6/21/11 | Jimmy D. Parrish | Review workout and involuntary issues. | 0.90 |
| 6/23/11 | Jimmy D. Parrish | Review involuntary status and workout options with Cincinnati capital. | 0.60 |
| 6/23/11 | Jimmy D. Parrish | Review defenses to involuntary. | 2.10 |
| 6/24/11 | Jimmy D. Parrish | Talk with Ms. Binnis regarding workout options. | 0.40 |
| 6/24/11 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding involuntary issues. | 0.40 |

Baker & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield

| | Invoice Date: | 07/20/2011 |
| | Invoice Number: | 1383752 |
| | Matter Number: | 097983.000001 |
| | | Page 4 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 6/28/11 | Jimmy D. Parrish | Meet with Mr. Haifield regarding involuntary status and issues. | 2.00 |
| 6/28/11 | Jimmy D. Parrish | Talk with Mr. Chapman regarding Haisfield status. | 0.50 |
| | | **Total** | **14.90** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of July 20, 2011**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 06/17/11 | 1375883 | $ 1,518.00 | $ | 0.00 | $ | 0.00 | $ 1,518.00 |
| | Totals | $ 1,518.00 | $ | 0.00 | $ | 0.00 | $ 1,518.00 |

| | | |
|---|---|---|
| **Accounts Receivable Balance** | $ | **1,518.00** |
| **This Invoice** | | **5,600.27** |
| **Total Due Including Current Invoice** | $ | **7,118.27** |

# BAKER&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# Baker Hostetler

| | |
|---|---|
| Richard Haisfield | Invoice Date:        08/17/2011 |
| 800 SW 85th Avenue | Invoice Number:          1393130 |
| Ocala FL 34481-1525 | B&H File Number:  07938/097983/000002 |
| | Taxpayer ID Number:       34-0082025 |
| | Page 1 |

**Regarding:**        **Involuntary Petition -  Richard Haisfield**

**BALANCE FOR THIS INVOICE DUE BY 9/7/2011        $        2,713.00**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

**Invoice No:  1393130**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code:  KEYBUS33 |
| Reference Invoice No: 1393130 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 08/17/2011 |
| Invoice Number: | 1393130 |
| B&H File Number: | 07938/097983/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**    **Involuntary Petition - Richard Haisfield**

**Fees**                                           $      2,700.00

**Expenses and Other Charges**

    Other (E124)                                          13.00
**Total Expenses**                              $        13.00

**BALANCE FOR THIS INVOICE DUE BY  9/7/2011**              $     2,713.00

# Baker & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield

| | |
|---|---|
| Invoice Date: | 08/17/2011 |
| Invoice Number: | 1393130 |
| Matter Number: | 097983.000002 |
| | Page 3 |

**Regarding:**    **Involuntary Petition -  Richard Haisfield**

Matter Number:    097983.000002

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 7.20 | $  375.00 | $    2,700.00 |
| **Total** | **7.20** | | $    **2,700.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 6/29/11 | Jimmy D. Parrish | Meet with Mr. and Ms. Haisfield regarding involuntary options. | 2.40 |
| 7/15/11 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding mediation alternatives. | 0.60 |
| 7/19/11 | Jimmy D. Parrish | Meet with Mr. Haisfield regarding involuntary discovery and workout options. | 3.70 |
| 7/22/11 | Jimmy D. Parrish | Talk with Mr. Brinkman regarding Haisfield bankruptcy status. | 0.50 |
| | | **Total** | **7.20** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of August 17, 2011**

| | | |
|---|---|---|
| **Accounts Receivable Balance** | $ | 0.00 |
| **This Invoice** | | 2,713.00 |
| **Total Due Including Current Invoice** | $ | 2,713.00 |

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 09/16/2011 |
| Invoice Number: | 1402886 |
| B&H File Number: | 07938/097983/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**   **Involuntary Petition -  Richard Haisfield**

**BALANCE FOR THIS INVOICE DUE BY 10/7/2011**      $      **1,277.97**

# Remittance Copy

**Please include this page with payment**

**Firm Contact Information**

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

**Invoice No:  1402886**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code:  KEYBUS33 |
| Reference Invoice No: 1402886 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 09/16/2011 |
| Invoice Number: | 1402886 |
| B&H File Number: | 07938/097983/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**    Involuntary Petition - Richard Haisfield

**Fees**                                              $      1,200.00

**Expenses and Other Charges**

    Local Travel (E109)                                          77.97
**Total Expenses**                               $       77.97

**BALANCE FOR THIS INVOICE DUE BY  10/7/2011**                    $    1,277.97

*PREVIOUS BALANCE*                                        2,713.00
*TOTAL BALANCE DUE*                          $    3,990.97

Baker & Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield

| | |
|---|---|
| Invoice Date: | 09/16/2011 |
| Invoice Number: | 1402886 |
| Matter Number: | 097983.000002 |
| | Page 3 |

**Regarding:**     **Involuntary Petition -  Richard Haisfield**

Matter Number:     097983.000002

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 3.20 | $  375.00 | $    1,200.00 |
| **Total** | **3.20** | | $    **1,200.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 8/1/11 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding involuntary mediation. | 0.30 |
| 8/10/11 | Jimmy D. Parrish | Meet with Mr. and Ms. Haisfield regarding involuntary status. | 2.60 |
| 8/30/11 | Jimmy D. Parrish | Talk with Mr. Eddleson regarding Haisfield workout options. | 0.30 |
| | **Total** | | **3.20** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of September 16, 2011**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 08/17/11 | 1393130 | $    2,713.00 | $ | 0.00 | $ | 0.00 $ | 2,713.00 |
| | **Totals** | $    **2,713.00** | $ | **0.00** | $ | **0.00** $ | **2,713.00** |

| | |
|---|---|
| **Accounts Receivable Balance** | $    **2,713.00** |
| **This Invoice** | **1,277.97** |
| **Total Due Including Current Invoice** | $    **3,990.97** |

# BAKER & Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 10/19/2011 |
| Invoice Number: | 1411206 |
| B&H File Number: | 07938/097983/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**          **Involuntary Petition - Richard Haisfield**

**BALANCE FOR THIS INVOICE DUE BY 11/9/2011          $          3,933.10**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

**Invoice No: 1411206**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code:  KEYBUS33 |
| Reference Invoice No: 1411206 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

Invoice Date:           10/19/2011
Invoice Number:            1411206
B&H File Number: 07938/097983/000002
Taxpayer ID Number:        34-0082025
Page 2

**Regarding:    Involuntary Petition -  Richard Haisfield**

| | | |
|---|---|---|
| **Fees** | $ | 3,874.50 |
| | | |
| **Expenses and Other Charges** | | |
| Copying (E101) | | 20.60 |
| Facsimile (E104) | | 38.00 |
| **Total Expenses** | $ | 58.60 |

**BALANCE FOR THIS INVOICE DUE BY  11/9/2011**            $    3,933.10

## Baker & Hostetler LLP
*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield

| | |
|---|---|
| Invoice Date: | 10/19/2011 |
| Invoice Number: | 1411206 |
| Matter Number: | 097983.000002 |
| | Page 3 |

**Regarding:**      **Involuntary Petition -  Richard Haisfield**

Matter Number:      097983.000002

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Tiffany D. Payne | 0.20 | $  310.00 | $        62.00 |
| Jimmy D. Parrish | 9.10 | 375.00 | 3,412.50 |
| Jeffrey L Fetzer | 1.00 | 200.00 | 200.00 |
| Nancy L Clark | 1.00 | 200.00 | 200.00 |
| **Total** | **11.30** | | $      **3,874.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 9/13/11 | Jimmy D. Parrish | Talk with Mr. Mitchell regarding Haisfield discovery. | 0.20 |
| 9/14/11 | Tiffany D. Payne | Reviewed issues regarding 1003 and posting a bond pursuant to 303(e) with A. Layden. | 0.20 |
| 9/15/11 | Jimmy D. Parrish | Meet with Mr. Haisfield regarding discovery issues. | 1.90 |
| 9/16/11 | Jimmy D. Parrish | Review Richard Haisfield discovery alternatives. | 2.50 |
| 9/19/11 | Jimmy D. Parrish | Talk with Mr. Mitchell regarding Haisfield discovery. | 0.40 |
| 9/19/11 | Jimmy D. Parrish | Review and revise Haisfield discovery responses. | 2.20 |
| 9/20/11 | Jeffrey L Fetzer | Review, organize, bates stamp and scan documents to be produced to opposing counsel. | 1.00 |
| 9/20/11 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding discovery responses. | 0.60 |
| 9/20/11 | Jimmy D. Parrish | Talk with Mr. MacDonald regarding discovery responses. | 0.30 |
| 9/20/11 | Jimmy D. Parrish | Talk with Mr. Pendergast regarding Haisifeld discovery. | 0.40 |
| 9/20/11 | Nancy L Clark | Review, organize, bates stamp and scan documents to be produced to opposing counsel. | 1.00 |
| 9/22/11 | Jimmy D. Parrish | Review Haisfield discovery options. | 0.60 |
| | **Total** | | **11.30** |

**ACCOUNT SUMMARY**

**Outstanding Invoices as of October 19, 2011**



*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield

| | |
|---|---|
| Invoice Date: | 10/19/2011 |
| Invoice Number: | 1411206 |
| Matter Number: | 097983.000002 |
| | Page 4 |

| | | |
|---|---|---|
| **Accounts Receivable Balance** | $ | 0.00 |
| **This Invoice** | | 3,933.10 |
| **Total Due Including Current Invoice** | $ | 3,933.10 |

# BAKER & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 11/18/2011 |
| Invoice Number: | 1418732 |
| B&H File Number: | 07938/097983/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**      **Involuntary Petition - Richard Haisfield**

For professional services rendered through October 31, 2011:

**BALANCE FOR THIS INVOICE DUE BY 12/9/2011      $      2,710.42**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

**Invoice No:  1418732**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code:  KEYBUS33 |
| Reference Invoice No: 1418732 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 11/18/2011 |
| Invoice Number: | 1418732 |
| B&H File Number: | 07938/097983/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**   **Involuntary Petition - Richard Haisfield**

For professional services rendered through October 31, 2011:

**Fees**                                                  $      2,662.50

**Expenses and Other Charges**

    **Facsimile (E104)**                                24.00
    **Court Fees (E112)**                               23.92
**Total Expenses**                               $        47.92

**BALANCE FOR THIS INVOICE DUE BY  12/9/2011**        $     2,710.42

*PREVIOUS BALANCE*                                       *3,933.10*
*TOTAL BALANCE DUE*                               *$     6,643.52*

# Baker & Hostetler LLP
*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield

**Regarding:**      **Involuntary Petition -  Richard Haisfield**

Matter Number:      097983.000002

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Jimmy D. Parrish | 7.10 | $ 375.00 | $ | 2,662.50 |
| **Total** | **7.10** | | **$** | **2,662.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/3/11 | Jimmy D. Parrish | Review Haisfield discovery options. | 0.20 |
| 10/7/11 | Jimmy D. Parrish | Talk with Mr. MacDonald regarding Haisfield bankruptcy alternatives. | 0.40 |
| 10/7/11 | Jimmy D. Parrish | Meet with Mr. Haisfield regarding bankruptcy alternatives. | 3.00 |
| 10/21/11 | Jimmy D. Parrish | Review Haisfield status and Chapter 11 alternatives. | 0.50 |
| 10/24/11 | Jimmy D. Parrish | Meet with Mr. Haisfield regarding chapter 11 conversion alternatives. | 3.00 |
| | **Total** | | **7.10** |

# BAKER & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 12/02/2011 |
| Invoice Number: | 1421601 |
| B&H File Number: | 07938/097983/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**     **Workout**
                   **(Stone Wall Acquisition/Cincinnati Capital Corp)**

For professional services rendered through December 2, 2011:

**BALANCE FOR THIS INVOICE DUE BY 12/23/2011**     $      3,146.00

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

### Invoice No:  1421601

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | <u>SWIFT Code:  KEYBUS33</u> |
| Reference Invoice No: 1421601 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 12/02/2011 |
| Invoice Number: | 1421601 |
| B&H File Number: | 07938/097983/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:    Workout**
**(Stone Wall Acquisition/Cincinnati Capital Corp)**

For professional services rendered through December 2, 2011:

| | | |
|---|---|---|
| **Fees** | $ | **1,900.00** |
| | | |
| **Expenses and Other Charges** | | |
|    **Court Fees (E112)** | | **1,246.00** |
| **Total Expenses** | $ | **1,246.00** |
| | | |
| **BALANCE FOR THIS INVOICE DUE BY  12/23/2011** | $ | **3,146.00** |
| | | |
| *PREVIOUS BALANCE* | | *1,531.00* |
| *TOTAL BALANCE DUE* | *$* | *4,677.00* |

# Baker & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield

| | |
|---|---|
| Invoice Date: | 12/02/2011 |
| Invoice Number: | 1421601 |
| Matter Number: | 097983.000001 |
| | Page 3 |

**Regarding:**     **Workout**
                   **(Stone Wall Acquisition/Cincinnati Capital Corp)**

Matter Number:     097983.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Deanna L Lane | 9.50 | $ 200.00 | $ 1,900.00 |
| **Total** | **9.50** | | $ **1,900.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/29/11 | Deanna L Lane | Creating a new chapter 11 case on Best Case software, reviewing documents and entering creditor information onto the petition, list of 20 largest creditors, and related documents; assisting clients in completing on-line credit counseling.(Haisfield) | 6.00 |
| 11/30/11 | Deanna L Lane | Continuation of the preparation of petition and related filings; updating creditor lists. (Haisfield) | 2.00 |
| 12/1/11 | Deanna L Lane | Revising date on all petition related documents; updating list of creditors and creditor matrix | 0.50 |
| 12/2/11 | Deanna L Lane | Finalizing and filing petition, list of twenty largest creditors, statement of social security numbers, exhibit D to the petition, certificates of credit counseling, and declaration of electronic filing | 1.00 |
| | **Total** | | **9.50** |

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 12/02/2011 |
| Invoice Number: | 1421602 |
| B&H File Number: | 07938/097983/000002 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**     **Involuntary Petition - Richard Haisfield**

For professional services rendered through December 2, 2011:

**BALANCE FOR THIS INVOICE DUE BY 12/23/2011     $     8,850.80**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

**Invoice No:  1421602**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code:  KEYBUS33 |
| Reference Invoice No: 1421602 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield
800 SW 85th Avenue
Ocala FL 34481-1525

Invoice Date:           12/02/2011
Invoice Number:              1421602
B&H File Number: 07938/097983/000002
Taxpayer ID Number:        34-0082025
Page 2

**Regarding:    Involuntary Petition -  Richard Haisfield**

For professional services rendered through December 2, 2011:

| | |
|---|---|
| **Fees** | $     8,730.00 |

**Expenses and Other Charges**

| | |
|---|---|
| **Copying (E101)** | 8.80 |
| **Facsimile (E104)** | 112.00 |
| **Total Expenses** | $     120.80 |

**BALANCE FOR THIS INVOICE DUE BY  12/23/2011**                    $     8,850.80

# Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield

Invoice Date: 12/02/2011
Invoice Number: 1421602
Matter Number: 097983.000002
Page 3

**Regarding:**       **Involuntary Petition -  Richard Haisfield**

Matter Number:       097983.000002

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Elizabeth A. Green | 0.40 | $  450.00 | $      180.00 |
| Jimmy D. Parrish | 22.80 | 375.00 | 8,550.00 |
| **Total** | **23.20** | | $   **8,730.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 11/16/11 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding bankruptcy alternatives. | 0.50 |
| 11/16/11 | Jimmy D. Parrish | Talk with Mr. McCoskey, Mr. Haisfield, Mr. Krasker, and Mr. Rhodes, and Mr. Triggs regarding Haisfield involuntary. | 1.00 |
| 11/16/11 | Jimmy D. Parrish | Review Haisfield bankruptcy alternatives. | 2.80 |
| 11/16/11 | Jimmy D. Parrish | Talk with Mr. Eddleson regarding Haisfield bankruptcy alternatives. | 0.60 |
| 11/17/11 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding stallion purchases. | 0.50 |
| 11/21/11 | Jimmy D. Parrish | Review Haisfield chapter 11 alternatives. | 1.60 |
| 11/21/11 | Jimmy D. Parrish | Talk with Mr. Eddleson regarding Haisfield chapter 11 alternatives. | 0.30 |
| 11/21/11 | Jimmy D. Parrish | Meet with Mr. Haisfield regarding chapter 11 alternatives. | 2.30 |
| 11/23/11 | Jimmy D. Parrish | Review Chapter 11 alternatives. | 1.60 |
| 11/23/11 | Jimmy D. Parrish | Talk with Mr. Krasker regarding chapter 11 alternatives. | 0.20 |
| 11/28/11 | Jimmy D. Parrish | Talk with Mr. Krasker regarding Haisfield retainer loans. | 0.20 |
| 11/28/11 | Jimmy D. Parrish | Talk with Mr. Macdonald regarding involuntary status. | 0.10 |
| 11/28/11 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding involuntary status. | 0.50 |
| 11/28/11 | Jimmy D. Parrish | Review issues regarding involuntary status and chapter 11 options. | 1.40 |
| 11/29/11 | Elizabeth A. Green | Conference with J. Parrish regarding issues related to bankruptcy filing. | 0.40 |
| 11/29/11 | Jimmy D. Parrish | Talk with chambers regarding telephonic appearance. | 0.20 |
| 11/29/11 | Jimmy D. Parrish | Review involuntary status and chapter 11 options. | 2.00 |

BAKER & HOSTETLER LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield

| | |
|---|---|
| Invoice Date: | 12/02/2011 |
| Invoice Number: | 1421602 |
| Matter Number: | 097983.000002 |
| | Page 4 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/29/11 | Jimmy D. Parrish | Meet with Mr. Haisfield regarding involuntary status and chapter 11 options. | 1.70 |
| 11/29/11 | Jimmy D. Parrish | Talk with Mr. Pendergast regarding involuntary status and chapter 11 options. | 0.60 |
| 11/29/11 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding involuntary status and chapter 11 options. | 0.50 |
| 11/29/11 | Jimmy D. Parrish | Talk with Mr. Macdonald regarding involuntary status and chapter 11 options. | 0.30 |
| 11/29/11 | Jimmy D. Parrish | Talk with Mr. Krasker regarding involuntary status and chapter 11 options. | 0.40 |
| 11/30/11 | Jimmy D. Parrish | Attend hearing on Haisfield involuntary. | 0.40 |
| 11/30/11 | Jimmy D. Parrish | Prepare for final involuntary hearing. | 0.80 |
| 12/1/11 | Jimmy D. Parrish | Talk with Mr. MacDonald regarding Chapter 11 petitions. | 0.20 |
| 12/1/11 | Jimmy D. Parrish | Review first day issues. | 1.00 |
| 12/2/11 | Jimmy D. Parrish | Review first day issues. | 1.10 |
| | **Total** | | **23.20** |

# Baker Hostetler

Audrey L. Haisfield
800 S.W. 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 07/27/2011 |
| Invoice Number: | 1386644 |
| B&H File Number: | 07938/091828/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**     **Involuntary Petition - Audrey L. Haisfield**

**BALANCE FOR THIS INVOICE DUE BY 8/17/2011**     $     225.00

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

### Invoice No:  1386644

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A.,  Cleveland, OH** |
| **Cleveland, Ohio 44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1386644 | **Email the "Remittance Copy" to bakerlockbox@bakerlaw.com** |

# Baker Hostetler

Audrey L. Haisfield
800 S.W. 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 07/27/2011 |
| Invoice Number: | 1386644 |
| B&H File Number: | 07938/091828/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**   **Involuntary Petition - Audrey L. Haisfield**

**Fees**                                                    $         225.00

**BALANCE FOR THIS INVOICE DUE BY  8/17/2011**                    $      225.00

Baker & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver · Houston   Los Angeles   New York   Orlando   Washington, DC*

Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 07/27/2011 |
| Invoice Number: | 1386644 |
| Matter Number: | 091828.000001 |
| | Page 3 |

**Regarding:**  **Involuntary Petition - Audrey L. Haisfield**

Matter Number:  091828.000001

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Jimmy D. Parrish | 0.60 | $ 375.00 | $ | 225.00 |
| **Total** | **0.60** | | **$** | **225.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 6/29/11 | Jimmy D. Parrish | Review Haisfield involuntary options. | 0.60 |
| | **Total** | | **0.60** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of July 27, 2011**

| | | |
|---|---|---|
| **Accounts Receivable Balance** | $ | 0.00 |
| **This Invoice** | | 225.00 |
| **Total Due Including Current Invoice** | $ | 225.00 |

Baker&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# Baker Hostetler

Audrey L. Haisfield
800 S.W. 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 08/17/2011 |
| Invoice Number: | 1393136 |
| B&H File Number: | 07938/091828/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**       **Involuntary Petition - Audrey L. Haisfield**

**BALANCE FOR THIS INVOICE DUE BY 9/7/2011**       $       **4,438.00**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

### Invoice No:  1393136

<table>
<tr><td><b>PLEASE REMIT TO:</b></td><td><b>FOR WIRE REMITTANCES:</b></td></tr>
<tr><td>Baker & Hostetler LLP</td><td>Baker & Hostetler LLP</td></tr>
<tr><td>P.O. Box 70189</td><td>KeyBank, N.A.,  Cleveland, OH</td></tr>
<tr><td>Cleveland, Ohio 44190-0189</td><td>Account No: 1001516552 / ABA 041001039</td></tr>
<tr><td></td><td><u>SWIFT Code:  KEYBUS33</u></td></tr>
<tr><td>Reference Invoice No: 1393136</td><td>Email the "Remittance Copy" to bakerlockbox@bakerlaw.com</td></tr>
</table>

# Baker Hostetler

Audrey L. Haisfield
800 S.W. 85th Avenue
Ocala FL 34481-1525

Invoice Date:              08/17/2011
Invoice Number:              1393136
B&H File Number: 07938/091828/000001
Taxpayer ID Number:          34-0082025
Page 2

---

**Regarding:**    **Involuntary Petition - Audrey L. Haisfield**

| | | |
|---|---|---|
| **Fees** | $ | 4,425.00 |

**Expenses and Other Charges**

| | | |
|---|---|---|
| Other (E124) | | 13.00 |
| **Total Expenses** | $ | 13.00 |

**BALANCE FOR THIS INVOICE DUE BY  9/7/2011**            $    4,438.00

Baker & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 08/17/2011 |
| Invoice Number: | 1393136 |
| Matter Number: | 091828.000001 |
| | Page 3 |

**Regarding:**       **Involuntary Petition - Audrey L. Haisfield**

Matter Number:       091828.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 11.80 | $ 375.00 | $    4,425.00 |
| **Total** | **11.80** | | **$    4,425.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 7/5/11 | Jimmy D. Parrish | Review Haisfield mediation options. | 1.10 |
| 7/5/11 | Jimmy D. Parrish | Talk with Mr. Chapman regarding Involuntary defense options. | 0.30 |
| 7/6/11 | Jimmy D. Parrish | Review pretrial order. | 0.70 |
| 7/7/11 | Jimmy D. Parrish | Talk with Mr. MacDonald regarding mediation options. | 0.40 |
| 7/7/11 | Jimmy D. Parrish | Talk with Mr. Bussey regarding mediation alternatives. | 0.20 |
| 7/7/11 | Jimmy D. Parrish | Talk with Mr. Pendagast regarding Haisfield bankruptcy status. | 0.40 |
| 7/7/11 | Jimmy D. Parrish | Talk with Mr. M. Haisfield and Mr. Krasker regarding involuntary mediation options. | 1.50 |
| 7/11/11 | Jimmy D. Parrish | Review Haisfield initial discovery issues. | 1.40 |
| 7/14/11 | Jimmy D. Parrish | Talk with Mr. Macdonald regarding Haisfield mediation alternatives. | 0.20 |
| 7/18/11 | Jimmy D. Parrish | Talk with Mr. Macdonald regarding Haisfield discovery conference. | 0.60 |
| 7/18/11 | Jimmy D. Parrish | Review Haisfield discovery alternatives. | 0.70 |
| 7/20/11 | Jimmy D. Parrish | Talk with Mr. Eddelson regarding Haisfield workout options. | 0.30 |
| 7/22/11 | Jimmy D. Parrish | Review Haisfield discovery options. | 0.50 |
| 7/26/11 | Jimmy D. Parrish | Talk with Mr. Mitchell regarding mediation alternatives. | 0.40 |
| 7/26/11 | Jimmy D. Parrish | Review issues regarding joint pre trial stipulation. | 1.30 |
| 7/26/11 | Jimmy D. Parrish | Review mediation alternatives. | 1.20 |
| 7/26/11 | Jimmy D. Parrish | Talk with counsel for Colorado defendants regarding mediation alternatives. | 0.60 |
| | **Total** | | **11.80** |

BAKER & HOSTETLER LLP

*Chicago*   *Cincinnati*   *Cleveland*   *Columbus*   *Costa Mesa*   *Denver*   *Houston*   *Los Angeles*   *New York*   *Orlando*   *Washington, DC*

Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 08/17/2011 |
| Invoice Number: | 1393136 |
| Matter Number: | 091828.000001 |
| | Page 4 |

## ACCOUNT SUMMARY

**Outstanding Invoices as of August 17, 2011**

| | |
|---|---:|
| Accounts Receivable Balance | $        0.00 |
| This Invoice | 4,438.00 |
| Total Due Including Current Invoice | $    4,438.00 |

# Baker Hostetler

Audrey L. Haisfield
800 S.W. 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 09/16/2011 |
| Invoice Number: | 1402923 |
| B&H File Number: | 07938/091828/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**     **Involuntary Petition - Audrey L. Haisfield**

**BALANCE FOR THIS INVOICE DUE BY 10/7/2011**     $     **6,511.97**

# Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

**Invoice No:  1402923**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1402923 | **Email the "Remittance Copy" to bakerlockbox@bakerlaw.com** |

# Baker Hostetler

Audrey L. Haisfield
800 S.W. 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 09/16/2011 |
| Invoice Number: | 1402923 |
| B&H File Number: | 07938/091828/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**   **Involuntary Petition - Audrey L. Haisfield**

**Fees**                                     $      6,429.00

**Expenses and Other Charges**

    Local Travel (E109)                          77.97
    Out-of-Town Travel (E110)                     5.00
**Total Expenses**                    $        82.97

**BALANCE FOR THIS INVOICE DUE BY  10/7/2011**          $      6,511.97

*PREVIOUS BALANCE*                                        *4,438.00*

*TOTAL BALANCE DUE*                              *$    10,949.97*

# Baker&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 09/16/2011 |
| Invoice Number: | 1402923 |
| Matter Number: | 091828.000001 |
| | Page 3 |

**Regarding:**  **Involuntary Petition - Audrey L. Haisfield**

Matter Number:  091828.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Tiffany D. Payne | 0.90 | $  310.00 | $  279.00 |
| Jimmy D. Parrish | 16.40 | 375.00 | 6,150.00 |
| **Total** | **17.30** | | **$  6,429.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 8/1/11 | Jimmy D. Parrish | Prepare for Haisfield pre-trial conference. | 1.80 |
| 8/1/11 | Jimmy D. Parrish | Talk with Mr. Rhodes regarding Haisfield mediation alternatives. | 0.30 |
| 8/1/11 | Jimmy D. Parrish | Talk with Mr. Mitchell regarding Haisfield pre-trial conference. | 0.30 |
| 8/2/11 | Jimmy D. Parrish | Attend pre-trial conference on Haisfield involuntary. | 6.00 |
| 8/2/11 | Tiffany D. Payne | Telephone conference with J. Parrish regarding bankruptcy rules related to transferred claims and deficiency of involuntary petition. | 0.10 |
| 8/2/11 | Tiffany D. Payne | Confer with J. Parrish regarding hearing outcome and case issues. | 0.30 |
| 8/2/11 | Tiffany D. Payne | Reviewed involuntary petition, answer and Bankruptcy Rule 1003. | 0.30 |
| 8/2/11 | Tiffany D. Payne | Correspondence to J. Parrish regarding Rule 1003(a) and petitioning creditor's failure to attach documentation substantiating transfer of claim. | 0.20 |
| 8/5/11 | Jimmy D. Parrish | Talk with Ms. Binis regarding mediation participation. | 0.40 |
| 8/5/11 | Jimmy D. Parrish | Talk with Mr. Mitchell regarding mediation participation. | 0.60 |
| 8/10/11 | Jimmy D. Parrish | Review Haisfield discovery options. | 0.70 |
| 8/12/11 | Jimmy D. Parrish | Review involuntary alternatives. | 0.70 |
| 8/12/11 | Jimmy D. Parrish | Talk with Mr. Krasker regarding involuntary alternatives. | 0.50 |
| 8/30/11 | Jimmy D. Parrish | Review Haisfield discovery. | 1.70 |
| 8/30/11 | Jimmy D. Parrish | Meet with Mr. and Ms. Haisfield regarding involuntary options. | 2.60 |
| 8/31/11 | Jimmy D. Parrish | Talk with Mr. Krasker regarding involuntary options. | 0.80 |

Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 09/16/2011 |
| Invoice Number: | 1402923 |
| Matter Number: | 091828.000001 |
| | Page 4 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| | | Total | 17.30 |

## ACCOUNT SUMMARY

**Outstanding Invoices as of September 16, 2011**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 08/17/11 | 1393136 | $ 4,438.00 | $ | 0.00 | $ | 0.00 | $ 4,438.00 |
| | Totals | $ 4,438.00 | $ | 0.00 | $ | 0.00 | $ 4,438.00 |

| | |
|---|---|
| **Accounts Receivable Balance** | $ 4,438.00 |
| **This Invoice** | 6,511.97 |
| **Total Due Including Current Invoice** | $ 10,949.97 |

# Baker Hostetler

Audrey L. Haisfield
800 S.W. 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 10/24/2011 |
| Invoice Number: | 1411949 |
| B&H File Number: | 07938/091828/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:** **Involuntary Petition - Audrey L. Haisfield**

**BALANCE FOR THIS INVOICE DUE BY 11/14/2011**    $    **4,786.32**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

### Invoice No: 1411949

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code: KEYBUS33** |
| Reference Invoice No: 1411949 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Audrey L. Haisfield
800 S.W. 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 10/24/2011 |
| Invoice Number: | 1411949 |
| B&H File Number: | 07938/091828/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**   **Involuntary Petition - Audrey L. Haisfield**

| | | |
|---|---|---|
| **Fees** | $ | 4,673.50 |
| | | |
| **Expenses and Other Charges** | | |
| **Facsimile (E104)** | | 76.00 |
| **Online Research (E106)** | | 25.44 |
| **Delivery Services/ Messengers (E107)** | | 10.74 |
| **Court Fees (E112)** | | 0.64 |
| **Total Expenses** | $ | 112.82 |
| | | |
| **BALANCE FOR THIS INVOICE DUE BY 11/14/2011** | $ | 4,786.32 |
| | | |
| | | |
| *PREVIOUS BALANCE* | | *1,174.97* |
| *TOTAL BALANCE DUE* | *$* | *5,961.29* |

# Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 10/24/2011 |
| Invoice Number: | 1411949 |
| Matter Number: | 091828.000001 |
| | Page 3 |

**Regarding:**   **Involuntary Petition - Audrey L. Haisfield**

Matter Number:   091828.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Tiffany D. Payne | 0.20 | $ 310.00 | $      62.00 |
| Andrew V. Layden | 3.80 | 230.00 | 874.00 |
| Jimmy D. Parrish | 8.90 | 375.00 | 3,337.50 |
| Jeffrey L Fetzer | 1.00 | 200.00 | 200.00 |
| Nancy L Clark | 1.00 | 200.00 | 200.00 |
| **Total** | **14.90** | | $    **4,673.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 9/1/11 | Jimmy D. Parrish | Review Haisfield discovery options. | 1.60 |
| 9/8/11 | Andrew V. Layden | Draft/revise motion to compel mediation. | 1.50 |
| 9/8/11 | Tiffany D. Payne | Confer with J. Parrish regarding grounds for filing motion to dismiss. | 0.20 |
| 9/13/11 | Jimmy D. Parrish | Talk with Mr. Mitchell regarding Haisfield discovery. | 0.20 |
| 9/14/11 | Andrew V. Layden | Research regarding involuntary petition and analysis regarding whether petitioning creditors in this case meet requirements of bankruptcy code | 1.00 |
| 9/14/11 | Andrew V. Layden | Begin drafting Motion to Dismiss, based on petitioning creditor Stone Wall Acquisitions, LLC's failure to comply with Federal Rules of Bankruptcy Procedure 1003(a). | 0.50 |
| 9/15/11 | Andrew V. Layden | Continue research on consequences of acquiring claim for purpose of commencing involuntary bankruptcy case, and whether that constitutes bad faith sufficient to seek dismissal of case. | 0.80 |
| 9/15/11 | Jimmy D. Parrish | Meet with Mr. Haisfield regarding Ms. Haisfield discovery issues. | 1.90 |
| 9/16/11 | Jimmy D. Parrish | Review Audrey Haisfield discovery alternatives. | 2.40 |
| 9/16/11 | Jimmy D. Parrish | Talk with Mr. Krasker regarding Haisfield involuntary options. | 0.60 |
| 9/19/11 | Jimmy D. Parrish | Review and revise Haisfield discovery responses. | 2.20 |
| 9/20/11 | Jeffrey L Fetzer | Review, organize, bates stamp and scan documents to be produced to opposing counsel. | 1.00 |

BAKER&HOSTETLER LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Audrey L. Haisfield

Invoice Date:  10/24/2011
Invoice Number:  1411949
Matter Number:  091828.000001
Page 4

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 9/20/11 | Nancy L Clark | Review, organize, bates stamp and scan documents to be produced to opposing counsel. | 1.00 |
| | | **Total** | **14.90** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of October 24, 2011**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 09/16/11 | 1402923 | $ 6,511.97 | 09/29/11 | $ 5,337.00 | | $ 0.00 | $ 1,174.97 |
| **Totals** | | **$ 6,511.97** | | **$ 5,337.00** | | **$ 0.00** | **$ 1,174.97** |

**Accounts Receivable Balance**  $ 1,174.97
**This Invoice**  4,786.32
**Total Due Including Current Invoice**  $ 5,961.29

Baker & Hostetler LLP

*Chicago Cincinnati Cleveland Columbus Costa Mesa Denver Houston Los Angeles New York Orlando Washington, DC*

# Baker Hostetler

Audrey L. Haisfield
800 S.W. 85th Avenue
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 12/02/2011 |
| Invoice Number: | 1421603 |
| B&H File Number: | 07938/091828/000001 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**     **Involuntary Petition - Audrey L. Haisfield**

For professional services rendered through December 2, 2011:

**BALANCE FOR THIS INVOICE DUE BY 12/23/2011     $     3,514.12**

# Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Rambharose
(407) 649-4022
arambharose@bakerlaw.com

**Invoice No:  1421603**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1421603 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Audrey L. Haisfield
800 S.W. 85th Avenue
Ocala FL 34481-1525

Invoice Date:           12/02/2011
Invoice Number:              1421603
B&H File Number: 07938/091828/000001
Taxpayer ID Number:          34-0082025
Page 2

**Regarding:**   **Involuntary Petition - Audrey L. Haisfield**

For professional services rendered through December 2, 2011:

| | | |
|---|---|---|
| **Fees** | $ | **3,496.50** |

**Expenses and Other Charges**

| | |
|---|---|
| Online Research (E106) | 12.02 |
| Court Fees (E112) | 5.60 |
| **Total Expenses** | $  17.62 |

**BALANCE FOR THIS INVOICE DUE BY  12/23/2011**          $   3,514.12

*PREVIOUS BALANCE*                                              *1,174.97*
*TOTAL BALANCE DUE*                                         $   *4,689.09*

Baker & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Audrey L. Haisfield

Invoice Date: 12/02/2011
Invoice Number: 1421603
Matter Number: 091828.000001
Page 3

**Regarding:**  **Involuntary Petition - Audrey L. Haisfield**

Matter Number:    091828.000001

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew V. Layden | 3.30 | $ 230.00 | $ 759.00 |
| Jimmy D. Parrish | 7.30 | 375.00 | 2,737.50 |
| **Total** | **10.60** | | **$ 3,496.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/4/11 | Jimmy D. Parrish | Talk with Mr. MacDonald regarding Haisfield discovery. | 0.60 |
| 11/8/11 | Jimmy D. Parrish | Talk with Mr. Macdonald regarding Haisfield petition. | 0.60 |
| 11/18/11 | Jimmy D. Parrish | Talk with Mr. Macdonald regarding involuntary petition. | 0.40 |
| 11/21/11 | Jimmy D. Parrish | Review Haisfield chapter 11 alternatives. | 1.30 |
| 11/22/11 | Andrew V. Layden | Research regarding joint administration of separate involuntary petitions filed against spouses and whether a single Chapter 11 plan of reorganization can be proposed for both individuals absent substantive consolidation of the separate bankruptcy estates (1.3). | 1.30 |
| 11/22/11 | Jimmy D. Parrish | Review chapter 11 alternatives. | 0.40 |
| 11/23/11 | Andrew V. Layden | Finalize research regarding joint administration of separate involuntary petitions filed against spouses and whether a single Chapter 11 plan of reorganization can be proposed for both individuals absent substantive consolidation of the separate bankruptcy estates (.25); draft memorandum of law to Mr. Parrish summarizing research and likely application of case law to the Haisfield's cases (1.75); send memorandum to Mr. Parrish (.0). | 2.00 |
| 11/30/11 | Jimmy D. Parrish | Prepare for final involuntary hearing. | 0.80 |
| 11/30/11 | Jimmy D. Parrish | Review involuntary status and chapter 11 options. | 1.10 |
| 12/1/11 | Jimmy D. Parrish | Review First day issues. | 1.00 |
| 12/2/11 | Jimmy D. Parrish | Review first day issues. | 1.10 |
| | | **Total** | **10.60** |

BAKER & Hostetler LLP

**Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC**