# EXHIBIT C-3

## PROFESSIONALS MATTER INVOICES

610931065.3

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 02/16/2012 |
| Invoice Number: | 1441933 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**          **Professionals (004)**

For professional services rendered through January 31, 2012:

**BALANCE FOR THIS INVOICE DUE BY 3/9/2012**          $          **1,347.00**

## Remittance Copy

Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1441933**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code:  KEYBUS33 |
| Reference Invoice No: 1441933 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date:            02/16/2012
Invoice Number:              1441933
B&H File Number: 07938/045116/000004
Taxpayer ID Number:        34-0082025
Page 2

**Regarding:**      **Professionals (004)**

For professional services rendered through January 31, 2012:

**Fees**                                $      1,347.00

**BALANCE FOR THIS INVOICE DUE BY  3/9/2012**              $    1,347.00

# Baker & Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield and Audrey K. Haisfield    Case 3:11-bk-08676-PMG    Doc 424-5    Filed 07/05/17    Invoice Date    Page 4 of 50    02/16/2012

Invoice Number:    1441933
Matter Number:    045116.000004
Page 3

**Regarding:**    **Professionals (004)**

Matter Number:    045116.000004

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Jimmy D. Parrish | 3.20 | $ 375.00 | $ | 1,200.00 |
| Deanna L Lane | 0.70 | 210.00 | | 147.00 |
| **Total** | **3.90** | | **$** | **1,347.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/14/11 | Jimmy D. Parrish | Review and revise Haisfield application. | 1.40 |
| 12/19/11 | Jimmy D. Parrish | Prepare B&H 2014 verified statement. | 1.10 |
| 12/19/11 | Jimmy D. Parrish | Review and revise B&H 2016. | 0.70 |
| 1/6/12 | Deanna L Lane | Drafted application to employ and verification of Peter Pendergast and Reese Henry and Company, Inc. for Mr. Parrish's review | 0.70 |
| | | **Total** | **3.90** |

BAKER & HOSTETLER LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 07/21/2012 |
| Invoice Number: | 1485031 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**          **Professionals (004)**

For professional services rendered through June 30, 2012:

**BALANCE FOR THIS INVOICE DUE BY 8/11/2012          $          360.00**

## Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

### Invoice No: 1485031

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code: KEYBUS33 |
| Reference Invoice No: 1485031 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date:             07/21/2012
Invoice Number:               1485031
B&H File Number: 07938/045116/000004
Taxpayer ID Number:         34-0082025
Page 2

**Regarding:    Professionals (004)**

For professional services rendered through June 30, 2012:

**Fees**                                                    $        360.00

**BALANCE FOR THIS INVOICE DUE BY  8/11/2012**                    $        360.00

**Regarding:**  **Professionals (004)**

Matter Number:       045116.000004

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| Elizabeth A. Green | 0.60 | $ | 470.00 | $ | 282.00 |
| Jimmy D. Parrish | 0.20 | | 390.00 | | 78.00 |
| **Total** | **0.80** | | | **$** | **360.00** |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 5/21/12 | Jimmy D. Parrish | Talk with Mr. Lafreddi regarding B&H retention and retainer draws. | 0.20 |
| 6/27/12 | Elizabeth A. Green | Review issues regarding Forensic Accountant. | 0.60 |
| | **Total** | | **0.80** |

BAKER & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 08/23/2012 |
| Invoice Number: | 1493327 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**     **Professionals (004)**

For professional services rendered through July 31, 2012:

**BALANCE FOR THIS INVOICE DUE BY 9/13/2012**          $          **156.00**

# Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1493327**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code:  KEYBUS33 |
| Reference Invoice No: 1493327 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 08/23/2012 |
| Invoice Number: | 1493327 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**  **Professionals (004)**

For professional services rendered through July 31, 2012:

**Fees**                                                      $        156.00

**BALANCE FOR THIS INVOICE DUE BY  9/13/2012**                    $      156.00

# Baker & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

**Regarding:**       **Professionals (004)**

Matter Number:       045116.000004

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Jimmy D. Parrish | 0.40 | $ 390.00 | $ | 156.00 |
| **Total** | **0.40** | | **$** | **156.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 7/6/12 | Jimmy D. Parrish | Talk with Mr. Pendergast regarding tax return filings for Haisfield affiliates. | 0.40 |
| | | **Total** | **0.40** |

Baker&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# BakerHostetler

| | | |
|---|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: | 09/17/2012 |
| 800 SW 85th Ave | Invoice Number: | 1499511 |
| Ocala FL 34481-1525 | B&H File Number: | 07938/045116/000004 |
| | Taxpayer ID Number: | 34-0082025 |
| | | Page 1 |

**Regarding:** **Professionals (004)**

For professional services rendered through August 31, 2012:

**BALANCE FOR THIS INVOICE DUE BY 10/8/2012**     $      **210.00**

## Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1499511**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1499511 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 09/17/2012 |
| Invoice Number: | 1499511 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**   **Professionals (004)**

For professional services rendered through August 31, 2012:

**Fees**                                                          $          210.00

**BALANCE FOR THIS INVOICE DUE BY  10/8/2012**                        $          210.00

# Baker & Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

**Regarding:**     **Professionals (004)**

Matter Number:     045116.000004

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Wendy C. Townsend | 0.60 | $ 350.00 | $ | 210.00 |
| **Total** | **0.60** | | **$** | **210.00** |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 8/28/12 | Wendy C. Townsend | Review issues related to the Application to Employ Peter Pendergast and verified statement. | 0.40 |
| 8/28/12 | Wendy C. Townsend | Telephone call to Mr. Pendergast regarding same, left message. | 0.20 |
| | | **Total** | **0.60** |

BAKER & Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | |
| 800 SW 85th Ave | |
| Ocala FL 34481-1525 | |

| | |
|---|---|
| Invoice Date: | 02/19/2013 |
| Invoice Number: | 1540528 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**      **Professionals (004)**

For professional services rendered through January 31, 2013:

**BALANCE FOR THIS INVOICE DUE BY 3/12/2013**          $          **344.50**

## Remittance Copy

<u>Please include this page with payment</u>

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1540528**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | <u>SWIFT Code:  KEYBUS33</u> |
| Reference Invoice No: 1540528 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 02/19/2013 |
| Invoice Number: | 1540528 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**   **Professionals (004)**

For professional services rendered through January 31, 2013:

| | | |
|---|---|---|
| **Fees** | $ | 344.50 |
| **BALANCE FOR THIS INVOICE DUE BY  3/12/2013** | $ | 344.50 |
| *PREVIOUS BALANCE* | | *878.10* |
| *TOTAL BALANCE DUE* | *$* | *1,222.60* |

**Regarding:**      **Professionals (004)**

Matter Number:      045116.000004

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Andrew V. Layden | 1.30 | $ 265.00 | $ | 344.50 |
| **Total** | **1.30** | | **$** | **344.50** |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 1/24/13 | Andrew V. Layden | Draft subpoenas to counsel for official committee of unsecured creditors (Akerman Senterfitt) and financial advisor for official committee of unsecured creditors (Marcum LLP). | 1.30 |
| | | **Total** | **1.30** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of February 19, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|------|------|------|------|------|------|------|------|
| 02/16/12 | 1441933 | $ 1,347.00 | 06/29/12 | $ 942.90 | $ | 0.00 | $ 404.10 |
| 07/21/12 | 1485031 | 360.00 | 08/29/12 | 252.00 | | 0.00 | 108.00 |
| 08/23/12 | 1493327 | 156.00 | | 0.00 | | 0.00 | 156.00 |
| 09/17/12 | 1499511 | 210.00 | | 0.00 | | 0.00 | 210.00 |
| **Totals** | | **$ 2,073.00** | | **$ 1,194.90** | | **$ 0.00** | **$ 878.10** |

| | | |
|---|---|---|
| **Accounts Receivable Balance** | $ | 878.10 |
| **This Invoice** | | 344.50 |
| **Total Due Including Current Invoice** | $ | 1,222.60 |

Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 09/19/2013 |
| Invoice Number: | 1597345 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**     **Professionals (004)**

For professional services rendered through August 31, 2013:

**BALANCE FOR THIS INVOICE DUE BY 10/10/2013     $     164.00**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1597345**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A.,  Cleveland, OH** |
| **Cleveland, Ohio 44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code:  KEYBUS33** |
| **Reference Invoice No: 1597345** | **Email the "Remittance Copy" to bakerlockbox@bakerlaw.com** |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 09/19/2013 |
| Invoice Number: | 1597345 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**    **Professionals (004)**

For professional services rendered through August 31, 2013:

**Fees**                                        $        164.00

**BALANCE FOR THIS INVOICE DUE BY  10/10/2013**              $        164.00

*PREVIOUS BALANCE*                                      *1,222.60*

*TOTAL BALANCE DUE*                                  *$    1,386.60*

# Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

**Regarding:**      **Professionals (004)**

Matter Number:      045116.000004

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 0.40 | $ 410.00 | $ 164.00 |
| **Total** | **0.40** | | **$ 164.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 8/21/13 | Jimmy D. Parrish | Talk with Mr. Lyerly regarding potential Haisfield retention. | 0.40 |
| | | **Total** | **0.40** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of September 19, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 02/16/12 | 1441933 | $ 1,347.00 | 06/29/12 | $ 942.90 | | $ 0.00 | $ 404.10 |
| 07/21/12 | 1485031 | 360.00 | 08/29/12 | 252.00 | | 0.00 | 108.00 |
| 08/23/12 | 1493327 | 156.00 | | 0.00 | | 0.00 | 156.00 |
| 09/17/12 | 1499511 | 210.00 | | 0.00 | | 0.00 | 210.00 |
| 02/19/13 | 1540528 | 344.50 | | 0.00 | | 0.00 | 344.50 |
| **Totals** | | **$ 2,417.50** | | **$ 1,194.90** | | **$ 0.00** | **$ 1,222.60** |

| | | |
|---|---|---|
| **Accounts Receivable Balance** | $ | **1,222.60** |
| **This Invoice** | | **164.00** |
| **Total Due Including Current Invoice** | $ | **1,386.60** |

# Baker&Hostetler LLP
**Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC**

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 10/23/2013 |
| 800 SW 85th Ave | Invoice Number: 1605385 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000004 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

**Regarding:**       **Professionals (004)**

For professional services rendered through September 30, 2013:

**BALANCE FOR THIS INVOICE DUE BY 11/13/2013      $        164.00**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1605385**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1605385 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 10/23/2013 |
| Invoice Number: | 1605385 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:     Professionals (004)**

For professional services rendered through September 30, 2013:

| | | |
|---|---|---|
| **Fees** | $ | **164.00** |
| **BALANCE FOR THIS INVOICE DUE BY  11/13/2013** | $ | **164.00** |
| *PREVIOUS BALANCE* | | *1,386.60* |
| *TOTAL BALANCE DUE* | $ | *1,550.60* |

# Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

**Regarding:**       **Professionals (004)**

Matter Number:       045116.000004

| Name | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jimmy D. Parrish | 0.40 | $ | 410.00 | $ | 164.00 |
| **Total** | **0.40** | | | **$** | **164.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 9/26/13 | Jimmy D. Parrish | Talk with Mr. Lyerly regarding retention by Audrey Haisfield as special counsel. | 0.40 |
| | **Total** | | **0.40** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of October 23, 2013**

| Invoice Date | Invoice Number | Original Amount | | Last Payment Date | Total Payments Applied | | Last Adjustment Date | Total Adjustments Applied | | A/R Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/16/12 | 1441933 | $ | 1,347.00 | 06/29/12 | $ | 942.90 | | $ | 0.00 $ | 404.10 |
| 07/21/12 | 1485031 | | 360.00 | 08/29/12 | | 252.00 | | | 0.00 | 108.00 |
| 08/23/12 | 1493327 | | 156.00 | | | 0.00 | | | 0.00 | 156.00 |
| 09/17/12 | 1499511 | | 210.00 | | | 0.00 | | | 0.00 | 210.00 |
| 02/19/13 | 1540528 | | 344.50 | | | 0.00 | | | 0.00 | 344.50 |
| 09/19/13 | 1597345 | | 164.00 | | | 0.00 | | | 0.00 | 164.00 |
| | **Totals** | **$** | **2,581.50** | | **$** | **1,194.90** | | **$** | **0.00 $** | **1,386.60** |

**Accounts Receivable Balance**                                                    $    **1,386.60**
**This Invoice**                                                                              **164.00**
**Total Due Including Current Invoice**                                       $    **1,550.60**

BAKER & Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

Invoice Date:        10/23/2013
Invoice Number:        1605385
Matter Number:        045116.000004
Page 4

**Trust Account Activity**

**Trust Account:**

| Date | Matter Number | Description | Amount |
|------|--------------|-------------|--------|
|      |              | **Trust Retainer Applied** | **0.00** |
|      |              | **Trust Balance as of September 30, 2013** | **$        0.00** |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 11/26/2013 |
| Invoice Number: | 1614485 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**          **Professionals (004)**

For professional services rendered through October 31, 2013:

**BALANCE FOR THIS INVOICE DUE BY 12/17/2013      $        451.00**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1614485**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1614485 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 11/26/2013 |
| Invoice Number: | 1614485 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**    **Professionals (004)**

For professional services rendered through October 31, 2013:

| | | |
|---|---|---|
| **Fees** | $ | 451.00 |
| **BALANCE FOR THIS INVOICE DUE BY  12/17/2013** | $ | 451.00 |
| *PREVIOUS BALANCE* | | *1,550.60* |
| *TOTAL BALANCE DUE* | *$* | *2,001.60* |

**Regarding:**          **Professionals (004)**

Matter Number:          045116.000004

| Name | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jimmy D. Parrish | 1.10 | $ | 410.00 | $ | 451.00 |
| **Total** | **1.10** | | | $ | **451.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/8/12 | Jimmy D. Parrish | Review issues regarding Lyerly retention. | 0.70 |
| 10/11/13 | Jimmy D. Parrish | Talk with Mr. Lyerly regarding Lyerly retention. | 0.40 |
| | | **Total** | **1.10** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of November 26, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 02/16/12 | 1441933 | $ 1,347.00 | 06/29/12 | $ 942.90 | $ | 0.00 | $ 404.10 |
| 07/21/12 | 1485031 | 360.00 | 08/29/12 | 252.00 | | 0.00 | 108.00 |
| 08/23/12 | 1493327 | 156.00 | | 0.00 | | 0.00 | 156.00 |
| 09/17/12 | 1499511 | 210.00 | | 0.00 | | 0.00 | 210.00 |
| 02/19/13 | 1540528 | 344.50 | | 0.00 | | 0.00 | 344.50 |
| 09/19/13 | 1597345 | 164.00 | | 0.00 | | 0.00 | 164.00 |
| 10/23/13 | 1605385 | 164.00 | | 0.00 | | 0.00 | 164.00 |
| **Totals** | | **$ 2,745.50** | | **$ 1,194.90** | | **$ 0.00** | **$ 1,550.60** |

| | | |
|---|---|---|
| **Accounts Receivable Balance** | $ | **1,550.60** |
| **This Invoice** | | **451.00** |
| **Total Due Including Current Invoice** | $ | **2,001.60** |

# BAKER & HOSTETLER LLP

**Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC**

## Trust Account Activity

**Trust Account:**

| Date | Matter Number | Description | | Amount |
|------|---------------|-------------|---|--------|
| | | **Trust Retainer Applied** | | **0.00** |
| | | **Trust Balance as of October 31, 2013** | **$** | **0.00** |

Baker&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 01/22/2014 |
| Invoice Number: | 1626247 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**            **Professionals (004)**

For professional services rendered through December 31, 2013:

**BALANCE FOR THIS INVOICE DUE BY 2/12/2014      $        123.00**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1626247**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1626247 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 01/22/2014 |
| Invoice Number: | 1626247 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**     **Professionals (004)**

For professional services rendered through December 31, 2013:

| | | | |
|---|---|---|---|
| **Fees** | $ | 123.00 | |
| **BALANCE FOR THIS INVOICE DUE BY  2/12/2014** | | | $    123.00 |
| *PREVIOUS BALANCE* | | | *2,001.60* |
| *TOTAL BALANCE DUE* | | | *$    2,124.60* |

# Baker&Hostetler LLP

| Atlanta | Chicago | Cincinnati | Cleveland | Columbus | Costa Mesa | Denver |
|---|---|---|---|---|---|---|
| Houston | Los Angeles | New York | Orlando | Philadelphia | Seattle | Washington, DC |

Richard Haisfield and Audrey L. Haisfield

**Regarding:**        **Professionals (004)**

Matter Number:        045116.000004

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Jimmy D. Parrish | 0.30 | $ 410.00 | $ 123.00 |
| **Total** | **0.30** | | **$   123.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 12/4/13 | Jimmy D. Parrish | Talk with Mr. Lyerly regarding Audrey Haisfield inheritance rights. | 0.30 |
| | | **Total** | **0.30** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of January 22, 2014**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 02/16/12 | 1441933 | $   1,347.00 | 06/29/12 | $   942.90 | | $   0.00 | $   404.10 |
| 07/21/12 | 1485031 | 360.00 | 08/29/12 | 252.00 | | 0.00 | 108.00 |
| 08/23/12 | 1493327 | 156.00 | | 0.00 | | 0.00 | 156.00 |
| 09/17/12 | 1499511 | 210.00 | | 0.00 | | 0.00 | 210.00 |
| 02/19/13 | 1540528 | 344.50 | | 0.00 | | 0.00 | 344.50 |
| 09/19/13 | 1597345 | 164.00 | | 0.00 | | 0.00 | 164.00 |
| 10/23/13 | 1605385 | 164.00 | | 0.00 | | 0.00 | 164.00 |
| 11/26/13 | 1614485 | 451.00 | | 0.00 | | 0.00 | 451.00 |
| **Totals** | | **$   3,196.50** | | **$   1,194.90** | | **$   0.00** | **$   2,001.60** |

| | | |
|---|---|---:|
| **Accounts Receivable Balance** | $ | **2,001.60** |
| **This Invoice** | | **123.00** |
| **Total Due Including Current Invoice** | $ | **2,124.60** |

## Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

**Trust Account Activity**

**Trust Account:**

| Date | Matter Number | Description | | Amount |
|------|--------------|-------------|---|--------|
| | | **Trust Retainer Applied** | | **0.00** |
| | | **Trust Balance as of December 31, 2013** | **$** | **0.00** |

**Baker & Hostetler** LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 02/19/2014 |
| 800 SW 85th Ave | Invoice Number: 1634975 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000004 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

**Regarding:**       **Professionals (004)**

For professional services rendered through January 31, 2014:

**BALANCE FOR THIS INVOICE DUE BY 3/12/2014       $       471.49**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

### Invoice No: 1634975

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code: KEYBUS33** |
| Reference Invoice No: 1634975 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 02/19/2014 |
| Invoice Number: | 1634975 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:    Professionals (004)**

For professional services rendered through January 31, 2014:

| | | |
|---|---|---|
| **Fees** | $ | 430.00 |
| | | |
| **Expenses and Other Charges** | | |
| Copying (E101) | | 27.90 |
| Postage (E108) | | 13.59 |
| **Total Expenses** | $ | 41.49 |
| | | |
| **BALANCE FOR THIS INVOICE DUE BY  3/12/2014** | $ | 471.49 |
| | | |
| *PREVIOUS BALANCE* | | *2,124.60* |
| *TOTAL BALANCE DUE* | $ | *2,596.09* |

# Baker&Hostetler LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

Richard Haisfield and Audrey L. Haisfield

**Regarding:**        **Professionals (004)**

Matter Number:        045116.000004

| Name | Hours | | Rate | | Amount |
|------|------:|---|-----:|---|------:|
| Jimmy D. Parrish | 1.00 | $ | 430.00 | $ | 430.00 |
| **Total** | **1.00** | | | **$** | **430.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 1/14/14 | Jimmy D. Parrish | Review issues regarding Nexsen Pruit retention. | 0.40 |
| 1/23/14 | Jimmy D. Parrish | Review and revise Nexsen Pruet application. | 0.60 |
| | **Total** | | **1.00** |

**Expenses and Other Charges**

| Date | Description | Amount |
|------|-------------|-------:|
| 01/29/14 | 259 Copies | 25.90 |
| 01/31/14 | 20 Copies | 2.00 |
| 01/29/14 | Postage | 12.63 |
| 01/31/14 | Postage | 0.96 |

**ACCOUNT SUMMARY**

**Outstanding Invoices as of February 19, 2014**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|------|------|------:|------|------:|------|------:|------:|
| 02/16/12 | 1441933 | $ 1,347.00 | 06/29/12 | $ 942.90 | $ | 0.00 | $ 404.10 |
| 07/21/12 | 1485031 | 360.00 | 08/29/12 | 252.00 | | 0.00 | 108.00 |
| 08/23/12 | 1493327 | 156.00 | | 0.00 | | 0.00 | 156.00 |
| 09/17/12 | 1499511 | 210.00 | | 0.00 | | 0.00 | 210.00 |
| 02/19/13 | 1540528 | 344.50 | | 0.00 | | 0.00 | 344.50 |
| 09/19/13 | 1597345 | 164.00 | | 0.00 | | 0.00 | 164.00 |

**Baker & Hostetler LLP**

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/23/13 | 1605385 | 164.00 | 0.00 | 0.00 | | 164.00 |
| 11/26/13 | 1614485 | 451.00 | 0.00 | 0.00 | | 451.00 |
| 01/22/14 | 1626247 | 123.00 | 0.00 | 0.00 | | 123.00 |
| | **Totals** | **$    3,319.50** | **$    1,194.90** | **$    0.00** | **$** | **2,124.60** |

|  |  |  |
|---|---|---|
| **Accounts Receivable Balance** | **$** | **2,124.60** |
| **This Invoice** | | **471.49** |
| **Total Due Including Current Invoice** | **$** | **2,596.09** |

## Trust Account Activity

**Trust Account:**

| Date | Matter Number | Description | Amount |
|---|---|---|---|
| | | **Trust Retainer Applied** | **0.00** |
| | | **Trust Balance as of January 31, 2014** | **$    0.00** |

# Baker & Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date: 03/19/2014<br>Invoice Number: 1645007<br>B&H File Number: 07938/045116/000004<br>Taxpayer ID Number: 34-0082025<br>Page 1 |

**Regarding:** **Professionals (004)**

For professional services rendered through February 28, 2014:

**BALANCE FOR THIS INVOICE DUE BY 4/9/2014     $      1,465.00**

# Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

### Invoice No: 1645007

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, Ohio 44190-0189 | Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br>SWIFT Code: KEYBUS33 |
| Reference Invoice No: 1645007 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 03/19/2014 |
| Invoice Number: | 1645007 |
| B&H File Number: | 07938/045116/000004 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**      **Professionals (004)**

For professional services rendered through February 28, 2014:

| | | |
|---|---|---|
| **Fees** | $ | **1,465.00** |
| **BALANCE FOR THIS INVOICE DUE BY  4/9/2014** | $ | **1,465.00** |
| *PREVIOUS BALANCE* | | *2,596.09* |
| *TOTAL BALANCE DUE* | *$* | *4,061.09* |

# Baker & Hostetler LLP

|  | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

**Regarding:**        **Professionals (004)**

**Matter Number:**        045116.000004

| Name | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jimmy D. Parrish | 3.30 | $ | 430.00 | $ | 1,419.00 |
| Deanna L Lane | 0.20 | | 230.00 | | 46.00 |
| **Total** | **3.50** | | | **$** | **1,465.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 2/10/14 | Jimmy D. Parrish | Talk with Ms. Jernigan regarding application to employ tax accountant. | 0.30 |
| 2/11/14 | Deanna L Lane | Securing and sending list of creditors to Ms. Jernigan | 0.20 |
| 2/17/14 | Jimmy D. Parrish | Talk with Ms. Jernigan regarding Collier Jernigan application. | 0.30 |
| 2/21/14 | Jimmy D. Parrish | Review and revise Collier Jernigan verified statement. | 0.80 |
| 2/21/14 | Jimmy D. Parrish | Talk with Ms. Jernigan regarding Haisfield disclosures. | 0.40 |
| 2/26/14 | Jimmy D. Parrish | Talk with Mr. Lyerly regarding Nexsen Pruet application. | 0.40 |
| 2/26/14 | Jimmy D. Parrish | Talk with Ms. Jernigan regarding Collier Jernigan disclosures. | 0.10 |
| 2/28/14 | Jimmy D. Parrish | Review and revise Jernigan application. | 1.00 |
| | | **Total** | **3.50** |

**ACCOUNT SUMMARY**

**Outstanding Invoices as of March 19, 2014**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 02/16/12 | 1441933 | $ 1,347.00 | 06/29/12 | $ 942.90 | $ | 0.00 $ | 404.10 |
| 07/21/12 | 1485031 | 360.00 | 08/29/12 | 252.00 | | 0.00 | 108.00 |
| 08/23/12 | 1493327 | 156.00 | | 0.00 | | 0.00 | 156.00 |
| 09/17/12 | 1499511 | 210.00 | | 0.00 | | 0.00 | 210.00 |

**Baker&Hostetler LLP**

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

Case 3:11-bk-08765-PMG    Doc 424-5    Filed 07/05/17    Page 39 of 50

Invoice Date:    03/19/2014
Invoice Number:    1645007
Matter Number:    045116.000004
Page 4

| Date | Number | | | | |
|---|---|---|---|---|---|
| 02/19/13 | 1540528 | 344.50 | 0.00 | 0.00 | 344.50 |
| 09/19/13 | 1597345 | 164.00 | 0.00 | 0.00 | 164.00 |
| 10/23/13 | 1605385 | 164.00 | 0.00 | 0.00 | 164.00 |
| 11/26/13 | 1614485 | 451.00 | 0.00 | 0.00 | 451.00 |
| 01/22/14 | 1626247 | 123.00 | 0.00 | 0.00 | 123.00 |
| 02/19/14 | 1634975 | 471.49 | 0.00 | 0.00 | 471.49 |
| **Totals** | | **$ 3,790.99** | **$ 1,194.90** | **$ 0.00** | **$ 2,596.09** |

**Accounts Receivable Balance**                    $    2,596.09
**This Invoice**                                            1,465.00
**Total Due Including Current Invoice**          $    4,061.09

**Trust Account Activity**

**Trust Account:**

| Date | Matter Number | Description | Amount |
|---|---|---|---|
| | | Trust Retainer Applied | 0.00 |
| | | Trust Balance as of February 28, 2014 | $    0.00 |

**Baker&Hostetler** LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date:               04/17/2014
Invoice Number:              1655801
B&H File Number: 07938/045116/000004
Taxpayer ID Number:       34-0082025
Page 1

**Regarding:**          **Professionals (004)**

For professional services rendered through March 31, 2014:

**BALANCE FOR THIS INVOICE DUE BY 5/8/2014**          $          479.58

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1655801**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1655801 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 04/17/2014 |
| 800 SW 85th Ave | Invoice Number: 1655801 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000004 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:    Professionals (004)**

For professional services rendered through March 31, 2014:

| | | |
|---|---|---|
| **Fees** | $ | 430.00 |
| | | |
| **Expenses and Other Charges** | | |
| **Copying (E101)** | | 28.00 |
| **Postage (E108)** | | 17.28 |
| **Court Fees (E112)** | | 4.30 |
| **Total Expenses** | $ | 49.58 |
| | | |
| **BALANCE FOR THIS INVOICE DUE BY  5/8/2014** | $ | 479.58 |
| | | |
| *PREVIOUS BALANCE* | | *4,061.09* |
| *TOTAL BALANCE DUE* | $ | *4,540.67* |

**Baker&Hostetler** LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

**Regarding:**        **Professionals (004)**

Matter Number:        045116.000004

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| Jimmy D. Parrish | 1.00 | $ | 430.00 | $ | 430.00 |
| **Total** | **1.00** | | | **$** | **430.00** |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 3/3/14 | Jimmy D. Parrish | Talk with Ms. Jernigan regarding application to employ. | 0.30 |
| 3/17/14 | Jimmy D. Parrish | Talk with Mr. Wilcox regarding application to employ. | 0.20 |
| 3/17/14 | Jimmy D. Parrish | Review and revise Wilcox application and verified statement. | 0.50 |
| | | **Total** | **1.00** |

**Expenses and Other Charges**

| | | |
|------|------|------|
| 03/03/14 | 280 Copies | 28.00 |
| 03/03/14 | Postage | 17.28 |
| 03/31/14 | Pacer Research - 03/31/14 by 45116.4 | 4.30 |

**ACCOUNT SUMMARY**

**Outstanding Invoices as of April 17, 2014**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|--------------|----------------|-----------------|-------------------|------------------------|----------------------|---------------------------|-------------|
| 02/16/12 | 1441933 | $ 1,347.00 | 06/29/12 | $ 942.90 | $ | 0.00 | $ 404.10 |
| 07/21/12 | 1485031 | 360.00 | 08/29/12 | 252.00 | | 0.00 | 108.00 |
| 08/23/12 | 1493327 | 156.00 | | 0.00 | | 0.00 | 156.00 |
| 09/17/12 | 1499511 | 210.00 | | 0.00 | | 0.00 | 210.00 |
| 02/19/13 | 1540528 | 344.50 | | 0.00 | | 0.00 | 344.50 |

Baker & Hostetler LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

Richard Haisfield and Audrey L. Haisfield

Case 3:11-bk-08765-PMG    Doc 424-5    Filed 07/05/17    Page 43 of 50

Invoice Date:         04/17/2014
Invoice Number:       1655801
Matter Number:        045116.000004
Page 4

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/19/13 | 1597345 | 164.00 | 0.00 | | 0.00 | 164.00 |
| 10/23/13 | 1605385 | 164.00 | 0.00 | | 0.00 | 164.00 |
| 11/26/13 | 1614485 | 451.00 | 0.00 | | 0.00 | 451.00 |
| 01/22/14 | 1626247 | 123.00 | 0.00 | | 0.00 | 123.00 |
| 02/19/14 | 1634975 | 471.49 | 0.00 | | 0.00 | 471.49 |
| 03/19/14 | 1645007 | 1,465.00 | 0.00 | | 0.00 | 1,465.00 |
| **Totals** | | **$ 5,255.99** | **$ 1,194.90** | | **$ 0.00** | **$ 4,061.09** |

Accounts Receivable Balance                    $    4,061.09
This Invoice                                              479.58
Total Due Including Current Invoice            $    4,540.67

**Trust Account Activity**

**Trust Account:**

| Date | Matter Number | Description | Amount |
|---|---|---|---|
| | | Trust Retainer Applied | 0.00 |
| | | Trust Balance as of March 31, 2014     $ | 0.00 |

**BAKER & Hostetler** LLP

*Atlanta*     *Chicago*     *Cincinnati*     *Cleveland*     *Columbus*     *Costa Mesa*     *Denver*
*Houston*     *Los Angeles*     *New York*     *Orlando*     *Philadelphia*     *Seattle*     *Washington, DC*

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date:                04/18/16 |
| 800 SW 85th Ave | Invoice Number:            50229921 |
| Ocala, FL 34481-1525 | B&H File Number: 07938/045116/000004 |
| | Taxpayer ID Number:        34-0082025 |
| | Page 1 |

**Regarding:**        **Professionals (004)**

For professional services rendered through March 31, 2016

**BALANCE FOR THIS INVOICE DUE BY 05/18/16      $        3,215.00**

## Remittance Copy

**Please include this page with payment**

**Invoice No: 50229921**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To: | FOR WIRE REMITTANCES: |
|---|---|
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code: KEYBUS33** |
| **Reference Invoice No: 50229921** | **Email the "Remittance Copy" to bakerlockbox@bakerlaw.com** |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date:            04/18/16 |
| 800 SW 85th Ave | Invoice Number:         50229921 |
| Ocala, FL 34481-1525 | B&H File Number:  07938/045116/000004 |
| | Taxpayer ID Number:      34-0082025 |
| | Page 2 |

---

**Regarding:**          **Professionals (004)**

For professional services rendered through March 31, 2016

| | | | |
|---|---|---|---|
| Fees | $     3,215.00 | | |
| **BALANCE FOR THIS INVOICE DUE BY 05/18/16** | | $     3,215.00 |
| **PREVIOUS BALANCE** | 4,540.67 | |
| **TOTAL BALANCE DUE** | 7,755.67 | |

# Baker&Hostetler LLP

Richard Haisfield and Audrey L. Haisfield    Case 3:11-bk-03795-PMG    Doc 424-5    Filed 07/05/17    Invoice Date    Page 46 of 50    04/18/16

Invoice Number:    50229921
Matter Number:    045116.000004
Page 3

**Regarding:**      **Professionals (004)**

Matter Number:      045116.000004

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/11/16 | Lane Deanna L | Initial drafting of first interim fee application; requesting invoices from petition date through 1/2016; initial drafting of exhibits to fee application | 5.50 |
| 03/14/16 | Lane Deanna L | Finalizing first draft of interim fee application; final drafting and calculating of time entries for exhibits to fee application | 4.00 |
| 03/15/16 | Parrish Jimmy D. | Review and revise Haisfield fee application. | 1.60 |
| | | **Total** | **11.10** |

## ACCOUNT SUMMARY

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|------|------|------|------|------|------|------|------|
| 02/16/12 | 1441933 | $ 1,347.00 | 06/29/12 | $ 942.90 | | $ | 404.10 |
| 07/21/12 | 1485031 | 360.00 | 08/29/12 | 252.00 | | | 108.00 |
| 08/23/12 | 1493327 | 156.00 | | 0.00 | | | 156.00 |
| 09/17/12 | 1499511 | 210.00 | | 0.00 | | | 210.00 |
| 02/19/13 | 1540528 | 344.50 | | 0.00 | | | 344.50 |
| 09/19/13 | 1597345 | 164.00 | | 0.00 | | | 164.00 |
| 10/23/13 | 1605385 | 164.00 | | 0.00 | | | 164.00 |
| 11/26/13 | 1614485 | 451.00 | | 0.00 | | | 451.00 |
| 01/22/14 | 1626247 | 123.00 | | 0.00 | | | 123.00 |
| 02/19/14 | 1634975 | 471.49 | | 0.00 | | | 471.49 |
| 03/19/14 | 1645007 | 1,465.00 | | 0.00 | | | 1,465.00 |
| 04/17/14 | 1655801 | 479.58 | | 0.00 | | | 479.58 |
| | **Total** | **$ 5,735.57** | | **$ 1,194.90** | | **$ $** | **4,540.67** |

| | | |
|---|---|---|
| **Account Receivable Balance** | $ | **4,540.67** |
| **This Invoice** | $ | **3,215.00** |
| **Total Due including current invoice** | $ | **7,755.67** |

## Baker&Hostetler LLP

*Atlanta*    *Chicago*    *Cincinnati*    *Cleveland*    *Columbus*    *Costa Mesa*    *Denver*
*Houston*    *Los Angeles*    *New York*    *Orlando*    *Philadelphia*    *Seattle*    *Washington, DC*

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date:      06/08/17 |
| 800 SW 85th Ave | Invoice Number:      50386219 |
| Ocala, FL 34481-1525 | B&H File Number: 07938/045116/000004 |
| | Taxpayer ID Number:      34-0082025 |
| | Page 1 |

**Regarding:**      **Professionals (004)**

For professional services rendered through May 31, 2017

**BALANCE FOR THIS INVOICE DUE BY 07/08/17**      $      910.00

# Remittance Copy

Please include this page with payment

### Invoice No:  50386219

### Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, OH  44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | <u>SWIFT Code: KEYBUS33</u> |
| Reference Invoice No: | Email the "Remittance Copy" to |
| 50386219 | bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala, FL 34481-1525

Invoice Date: 06/08/17
Invoice Number: 50386219
B&H File Number: 07938/045116/000004
Taxpayer ID Number: 34-0082025
Page 2

**Regarding:**     **Professionals (004)**

For professional services rendered through May 31, 2017

| | | |
|---|---|---|
| **Fees** | $ | 910.00 |
| **BALANCE FOR THIS INVOICE DUE BY 07/08/17** | $ | 910.00 |
| PREVIOUS BALANCE | | 7,755.67 |
| TOTAL BALANCE DUE | | 8,665.67 |

Baker & Hostetler LLP

Atlanta        Chicago      Cincinnati    Cleveland    Columbus      Costa Mesa    Denver
Houston      Los Angeles    New York      Orlando     Philadelphia    Seattle    Washington, DC

Richard Haisfield and Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 06/08/17 |
| Invoice Number: | 50386219 |
| Matter Number: | 045116.000004 |
| | Page 3 |

**Regarding:**   **Professionals (004)**

Matter Number:   045116.000004

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lane Deanna L | 3.50 | $ 260.00 | $ 910.00 |
| Total | 3.50 | | $ 910.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/12/17 | Lane Deanna L | Reviewing the last fifteen months of invoices and recalculating total fees and costs from the beginning of engagement through April 30, 2017 in order to complete the final draft of B&H's Final Fee Application; email to Ms. Pearce to confirm final amount due; sent draft of final application to Mr. Parrish for review and edit | 3.50 |
| | | Total | 3.50 |

# Baker & Hostetler LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

Richard Haisfield and Audrey L. Haisfield

Invoice Date: 06/08/17
Invoice Number: 50386219
Matter Number: 045116.000004
Page 4

## ACCOUNT SUMMARY

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 02/16/12 | 1441933 | $ 1,347.00 | 06/29/12 | $ 942.90 | | $ | $ 404.10 |
| 07/21/12 | 1485031 | 360.00 | 08/29/12 | 252.00 | | | 108.00 |
| 08/23/12 | 1493327 | 156.00 | | 0.00 | | | 156.00 |
| 09/17/12 | 1499511 | 210.00 | | 0.00 | | | 210.00 |
| 02/19/13 | 1540528 | 344.50 | | 0.00 | | | 344.50 |
| 09/19/13 | 1597345 | 164.00 | | 0.00 | | | 164.00 |
| 10/23/13 | 1605385 | 164.00 | | 0.00 | | | 164.00 |
| 11/26/13 | 1614485 | 451.00 | | 0.00 | | | 451.00 |
| 01/22/14 | 1626247 | 123.00 | | 0.00 | | | 123.00 |
| 02/19/14 | 1634975 | 471.49 | | 0.00 | | | 471.49 |
| 03/19/14 | 1645007 | 1,465.00 | | 0.00 | | | 1,465.00 |
| 04/17/14 | 1655801 | 479.58 | | 0.00 | | | 479.58 |
| 04/18/16 | 50229921 | 3,215.00 | | 0.00 | | | 3,215.00 |
| | Total | $ 8,950.57 | | $ 1,194.90 | | $          $ | 7,755.67 |

| | | |
|---|---|---|
| **Account Receivable Balance** | $ | 7,755.67 |
| **This Invoice** | $ | 910.00 |
| **Total Due including current invoice** | $ | 8,665.67 |

## Baker&Hostetler LLP

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC