# **EXHIBIT C-5**

## **CLAIMS INVOICES**

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 04/30/2012 |
| Invoice Number: | 1463095 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**     **Claims (006)**

For professional services rendered through March 31, 2012:

**BALANCE FOR THIS INVOICE DUE BY 5/22/2012**     $     **858.00**

# Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1463095**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code: KEYBUS33 |
| Reference Invoice No: 1463095 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 04/30/2012 |
| Invoice Number: | 1463095 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:** **Claims (006)**

For professional services rendered through March 31, 2012:

**Fees** $     858.00

**BALANCE FOR THIS INVOICE DUE BY  5/22/2012**          $     858.00

# Baker & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

**Regarding:**      **Claims (006)**

Matter Number:        045116.000006

| Name | Hours | Rate | | Amount |
|------|------:|-----:|---|-------:|
| Jimmy D. Parrish | 2.20 | $ 390.00 | $ | 858.00 |
| Total | **2.20** | | $ | **858.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 2/14/12 | Jimmy D. Parrish | Review Stonewall claims and UCCs. | 0.60 |
| 2/23/12 | Jimmy D. Parrish | Talk with Mr. Haisifeld regarding pending claims. | 0.50 |
| 3/14/12 | Jimmy D. Parrish | Review issues regarding spousal notice and claims. | 1.10 |
| | | Total | **2.20** |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 07/21/2012 |
| Invoice Number: | 1485033 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**     **Claims (006)**

For professional services rendered through June 30, 2012:

**BALANCE FOR THIS INVOICE DUE BY 8/11/2012**     $     **2,201.00**

# Remittance Copy

Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1485033**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1485033 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date:          07/21/2012
Invoice Number:          1485033
B&H File Number: 07938/045116/000006
Taxpayer ID Number:       34-0082025
                              Page 2

**Regarding:     Claims (006)**

For professional services rendered through June 30, 2012:

**Fees**                                    $      2,201.00

**BALANCE FOR THIS INVOICE DUE BY  8/11/2012**          $      2,201.00

## Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

**Regarding:**    **Claims (006)**

Matter Number:    045116.000006

| Name | Hours | | Rate | | Amount |
|------|------:|---|-----:|---|-------:|
| Elizabeth A. Green | 0.70 | $ | 470.00 | $ | 329.00 |
| Jimmy D. Parrish | 4.80 | | 390.00 | | 1,872.00 |
| **Total** | **5.50** | | | $ | **2,201.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 5/16/12 | Elizabeth A. Green | Review issues related to treatment of claims related to LLC's. | 0.70 |
| 5/24/12 | Jimmy D. Parrish | Talk with Ms. Summers regarding Haisfield tax claims. | 0.40 |
| 5/30/12 | Jimmy D. Parrish | Talk with Ms. Summers regarding tax return extension. | 0.50 |
| 5/30/12 | Jimmy D. Parrish | Review Haisfield tax claim issues. | 1.10 |
| 5/30/12 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding tax claim issues. | 0.40 |
| 6/13/12 | Jimmy D. Parrish | Review objection issues related to Stonewall acquisition claims. | 1.30 |
| 6/13/12 | Jimmy D. Parrish | Talk with Mr. Golden regarding Stonewall acquisition claims. | 0.60 |
| 6/14/12 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding tax claims. | 0.50 |
| | | **Total** | **5.50** |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 08/23/2012 |
| Invoice Number: | 1493331 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**     **Claims (006)**

For professional services rendered through July 31, 2012:

**BALANCE FOR THIS INVOICE DUE BY 9/13/2012**      $      **3,021.50**

# Remittance Copy

### Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1493331**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code: KEYBUS33** |
| Reference Invoice No: 1493331 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 08/23/2012 |
| Invoice Number: | 1493331 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**    **Claims (006)**

For professional services rendered through July 31, 2012:

**Fees**                                            $        3,021.50

**BALANCE FOR THIS INVOICE DUE BY  9/13/2012**                    $      3,021.50

Baker & Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

**Regarding:**       **Claims (006)**

Matter Number:       045116.000006

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Elizabeth A. Green | 0.50 | $ 470.00 | $ | 235.00 |
| Jimmy D. Parrish | 2.90 | 390.00 | | 1,131.00 |
| Andrew V. Layden | 5.90 | 245.00 | | 1,445.50 |
| Deanna L Lane | 1.00 | 210.00 | | 210.00 |
| **Total** | **10.30** | | $ | **3,021.50** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 7/11/12 | Deanna L Lane | Review of claims docket; loading new claims to the DMS and updating excel spreadsheet of claims | 0.50 |
| 7/12/12 | Jimmy D. Parrish | Talk with Mr. Pedergast regarding Haisfield tax claims. | 0.40 |
| 7/12/12 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding tax claims. | 0.70 |
| 7/12/12 | Jimmy D. Parrish | Review issues regarding Haisfield tax claims. | 1.10 |
| 7/12/12 | Jimmy D. Parrish | Talk with Ms. Summers regarding Haisfield tax claims. | 0.30 |
| 7/13/12 | Jimmy D. Parrish | Review Haisfield tax claims. | 0.20 |
| 7/13/12 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding tax claims. | 0.20 |
| 7/17/12 | Andrew V. Layden | Draft Debtors' Objection to Claim No. 15 filed by Stone Wall Acquisition, LLC (4.9). | 4.90 |
| 7/18/12 | Andrew V. Layden | Revise and finalize Debtors' Objection to Claim of Stone Wall Acquisition, LLC (1.0). | 1.00 |
| 7/18/12 | Elizabeth A. Green | Review issues regarding derivative standing of committee to bring action. | 0.50 |
| 7/24/12 | Deanna L Lane | Review of claims register for new or amended claims; downloading new claims and updating claims spreadsheet | 0.50 |
| | | **Total** | **10.30** |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 01/22/2013 |
| Invoice Number: | 1532765 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**          **Claims (006)**

For professional services rendered through December 31, 2012:

**BALANCE FOR THIS INVOICE DUE BY 2/12/2013**          $          **234.00**

## Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1532765**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1532765 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date:                01/22/2013
Invoice Number:                  1532765
B&H File Number: 07938/045116/000006
Taxpayer ID Number:           34-0082025
Page 2

---

**Regarding:**     **Claims (006)**

For professional services rendered through December 31, 2012:

**Fees**                                          $        234.00

**BALANCE FOR THIS INVOICE DUE BY  2/12/2013**                $      234.00

*PREVIOUS BALANCE*                                                  *3,939.20*

*TOTAL BALANCE DUE*                               *$     4,173.20*

---

# Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

**Regarding:**      **Claims (006)**

Matter Number:      045116.000006

| Name | Hours | | Rate | | Amount |
|------|------|---|------|---|--------|
| Jimmy D. Parrish | 0.60 | $ | 390.00 | $ | 234.00 |
| Total | 0.60 | | | $ | 234.00 |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/18/12 | Jimmy D. Parrish | Review issues regarding tax claims. | 0.60 |
| | Total | | 0.60 |

## ACCOUNT SUMMARY

**Outstanding Invoices as of January 22, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|------|------|------|------|------|------|------|------|
| 04/30/12 | 1463095 | $  858.00 | 06/29/12 | $  600.60 | $ | 0.00 | $  257.40 |
| 07/21/12 | 1485033 | 2,201.00 | 08/29/12 | 1,540.70 | | 0.00 | 660.30 |
| 08/23/12 | 1493331 | 3,021.50 | | 0.00 | | 0.00 | 3,021.50 |
| Totals | | $  6,080.50 | | $  2,141.30 | | $  0.00 | $  3,939.20 |

| | | |
|------|------|------|
| **Accounts Receivable Balance** | $ | **3,939.20** |
| **This Invoice** | | **234.00** |
| **Total Due Including Current Invoice** | $ | **4,173.20** |

# Baker & Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 02/19/2013 |
| Invoice Number: | 1540530 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**      **Claims (006)**

For professional services rendered through January 31, 2013:

**BALANCE FOR THIS INVOICE DUE BY 3/12/2013**     $      **287.00**

## Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1540530**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code: KEYBUS33 |
| Reference Invoice No: 1540530 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 02/19/2013 |
| Invoice Number: | 1540530 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:     Claims (006)**

For professional services rendered through January 31, 2013:

| | | |
|---|---|---|
| **Fees** | $ | 287.00 |
| **BALANCE FOR THIS INVOICE DUE BY  3/12/2013** | $ | 287.00 |
| *PREVIOUS BALANCE* | | *4,173.20* |
| *TOTAL BALANCE DUE* | *$* | *4,460.20* |

# Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

**Regarding:**     **Claims (006)**

Matter Number:     045116.000006

| Name | Hours | Rate | | Amount |
|------|------:|-----:|--|-------:|
| Jimmy D. Parrish | 0.70 | $ 410.00 | $ | 287.00 |
| **Total** | **0.70** | | $ | **287.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 1/2/13 | Jimmy D. Parrish | Talk with Mr. MacDonald regarding Haisfield administrative claims. | 0.10 |
| 1/4/13 | Jimmy D. Parrish | Talk with Mr. Pendergast regarding tax claim offset. | 0.40 |
| 1/28/13 | Jimmy D. Parrish | Talk with Mr. MacDonald regarding Haisfield administrative claims. | 0.20 |
| | | **Total** | **0.70** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of February 19, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|------|------|------:|------|------:|------|------:|------:|
| 04/30/12 | 1463095 | $ 858.00 | 06/29/12 | $ 600.60 | $ | 0.00 | $ 257.40 |
| 07/21/12 | 1485033 | 2,201.00 | 08/29/12 | 1,540.70 | | 0.00 | 660.30 |
| 08/23/12 | 1493331 | 3,021.50 | | 0.00 | | 0.00 | 3,021.50 |
| 01/22/13 | 1532765 | 234.00 | | 0.00 | | 0.00 | 234.00 |
| **Totals** | | $ **6,314.50** | | $ **2,141.30** | | $ **0.00** | $ **4,173.20** |

| | | |
|---|---|---:|
| **Accounts Receivable Balance** | $ | 4,173.20 |
| **This Invoice** | | 287.00 |
| **Total Due Including Current Invoice** | $ | 4,460.20 |

# BAKER & HOSTETLER LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# BakerHostetler

| | | |
|---|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: | 03/18/2013 |
| 800 SW 85th Ave | Invoice Number: | 1548131 |
| Ocala FL 34481-1525 | B&H File Number: | 07938/045116/000006 |
| | Taxpayer ID Number: | 34-0082025 |
| | | Page 1 |

**Regarding:**      **Claims (006)**

For professional services rendered through February 28, 2013:

**BALANCE FOR THIS INVOICE DUE BY 4/8/2013**      $      **164.00**

# Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

### Invoice No:  1548131

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1548131 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date:           03/18/2013
Invoice Number:            1548131
B&H File Number: 07938/045116/000006
Taxpayer ID Number:      34-0082025
Page 2

**Regarding:    Claims (006)**

For professional services rendered through February 28, 2013:

| | | |
|---|---|---|
| **Fees** | $ | **164.00** |
| **BALANCE FOR THIS INVOICE DUE BY  4/8/2013** | $ | **164.00** |
| *PREVIOUS BALANCE* | | *4,460.20* |
| *TOTAL BALANCE DUE* | $ | *4,624.20* |

# Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield and Audrey K. Haisfield

**Regarding:**      **Claims (006)**

**Matter Number:**      045116.000006

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| Jimmy D. Parrish | 0.40 | $ | 410.00 | $ | 164.00 |
| **Total** | **0.40** | | $ | | **164.00** |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 2/1/13 | Jimmy D. Parrish | Talk with Mr. MacDonald regarding administrative claims total. | 0.20 |
| 2/4/13 | Jimmy D. Parrish | Talk with Mr. MacDonald regarding committee administrative claims. | 0.20 |
| | | **Total** | **0.40** |

## ACCOUNT SUMMARY

### Outstanding Invoices as of March 18, 2013

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|------|------|------|------|------|------|------|------|
| 04/30/12 | 1463095 | $    858.00 | 06/29/12 | $    600.60 | $ | 0.00 | $    257.40 |
| 07/21/12 | 1485033 | 2,201.00 | 08/29/12 | 1,540.70 | | 0.00 | 660.30 |
| 08/23/12 | 1493331 | 3,021.50 | | 0.00 | | 0.00 | 3,021.50 |
| 01/22/13 | 1532765 | 234.00 | | 0.00 | | 0.00 | 234.00 |
| 02/19/13 | 1540530 | 287.00 | | 0.00 | | 0.00 | 287.00 |
| **Totals** | | **$  6,601.50** | | **$  2,141.30** | | **$    0.00** | **$  4,460.20** |

| | |
|---|---|
| **Accounts Receivable Balance** | $    4,460.20 |
| **This Invoice** | 164.00 |
| **Total Due Including Current Invoice** | $    4,624.20 |

## BAKER & HOSTETLER LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 06/18/2013 |
| Invoice Number: | 1571976 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**        **Claims (006)**

For professional services rendered through May 31, 2013:

**BALANCE FOR THIS INVOICE DUE BY 7/9/2013**        $        41.00

# Remittance Copy

Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

### Invoice No: 1571976

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1571976 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 06/18/2013 |
| Invoice Number: | 1571976 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**    Claims (006)

For professional services rendered through May 31, 2013:

| | | |
|---|---|---|
| **Fees** | $ | **41.00** |
| **BALANCE FOR THIS INVOICE DUE BY  7/9/2013** | $ | **41.00** |
| *PREVIOUS BALANCE* | | *4,624.20* |
| *TOTAL BALANCE DUE* | *$* | *4,665.20* |

## Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

Invoice Date:    06/18/2013
Invoice Number:    1571976
Matter Number:    045116.000006
Page 3

**Regarding:**    **Claims (006)**

Matter Number:    045116.000006

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| Jimmy D. Parrish | 0.10 | $ | 410.00 | $ | 41.00 |
| **Total** | **0.10** | | | **$** | **41.00** |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 5/28/13 | Jimmy D. Parrish | Talk with Mr. Wilcox regarding administrative claims. | 0.10 |
| | | **Total** | **0.10** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of June 18, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | 1463095 | $ 858.00 | 06/29/12 | $ 600.60 | $ | 0.00 | $ 257.40 |
| 07/21/12 | 1485033 | 2,201.00 | 08/29/12 | 1,540.70 | | 0.00 | 660.30 |
| 08/23/12 | 1493331 | 3,021.50 | | 0.00 | | 0.00 | 3,021.50 |
| 01/22/13 | 1532765 | 234.00 | | 0.00 | | 0.00 | 234.00 |
| 02/19/13 | 1540530 | 287.00 | | 0.00 | | 0.00 | 287.00 |
| 03/18/13 | 1548131 | 164.00 | | 0.00 | | 0.00 | 164.00 |
| **Totals** | | **$ 6,765.50** | | **$ 2,141.30** | | **$ 0.00** | **$ 4,624.20** |

| | |
|---|---|
| **Accounts Receivable Balance** | $ 4,624.20 |
| **This Invoice** | 41.00 |
| **Total Due Including Current Invoice** | $ 4,665.20 |

# BAKER & Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 10/23/2013 |
| 800 SW 85th Ave | Invoice Number: 1605387 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000006 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

---

**Regarding:**          **Claims (006)**

For professional services rendered through September 30, 2013:

**BALANCE FOR THIS INVOICE DUE BY 11/13/2013          $          205.00**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

### Invoice No:  1605387

| | |
|---|---|
| **PLEASE REMIT TO:** | **FOR WIRE REMITTANCES:** |
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | <u>SWIFT Code:  KEYBUS33</u> |
| | |
| Reference Invoice No: 1605387 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 10/23/2013 |
| Invoice Number: | 1605387 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**    **Claims (006)**

For professional services rendered through September 30, 2013:

| | | |
|---|---|---|
| **Fees** | **$** | **205.00** |
| **BALANCE FOR THIS INVOICE DUE BY  11/13/2013** | **$** | **205.00** |
| *PREVIOUS BALANCE* | | *4,665.20* |
| *TOTAL BALANCE DUE* | *$* | *4,870.20* |

# Baker&Hostetler LLP
*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

**Regarding:**      **Claims (006)**

Matter Number:      045116.000006

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 0.50 | $ 410.00 | $ 205.00 |
| **Total** | **0.50** | | **$ 205.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 9/16/13 | Jimmy D. Parrish | Talk with Ms. Thomas regarding Haisfield claims. | 0.20 |
| 9/16/13 | Jimmy D. Parrish | Talk with Mr. Kondzielawa regarding Haisfield claims. | 0.30 |
| | | **Total** | **0.50** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of October 23, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | 1463095 | $ 858.00 | 06/29/12 | $ 600.60 | | $ 0.00 | $ 257.40 |
| 07/21/12 | 1485033 | 2,201.00 | 08/29/12 | 1,540.70 | | 0.00 | 660.30 |
| 08/23/12 | 1493331 | 3,021.50 | | 0.00 | | 0.00 | 3,021.50 |
| 01/22/13 | 1532765 | 234.00 | | 0.00 | | 0.00 | 234.00 |
| 02/19/13 | 1540530 | 287.00 | | 0.00 | | 0.00 | 287.00 |
| 03/18/13 | 1548131 | 164.00 | | 0.00 | | 0.00 | 164.00 |
| 06/18/13 | 1571976 | 41.00 | | 0.00 | | 0.00 | 41.00 |
| **Totals** | | **$ 6,806.50** | | **$ 2,141.30** | | **$ 0.00** | **$ 4,665.20** |

| | |
|---|---|
| **Accounts Receivable Balance** | $ 4,665.20 |
| **This Invoice** | 205.00 |
| **Total Due Including Current Invoice** | $ 4,870.20 |

**BAKER & HOSTETLER** LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

**Trust Account Activity**

**Trust Account:**

| Date | Matter Number | Description | | Amount |
|------|---------------|-------------|---|--------|
| | | Trust Retainer Applied | | 0.00 |
| | | Trust Balance as of September 30, 2013 | $ | 0.00 |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 11/26/2013 |
| 800 SW 85th Ave | Invoice Number: 1614487 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000006 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

**Regarding:**          **Claims (006)**

For professional services rendered through October 31, 2013:

**BALANCE FOR THIS INVOICE DUE BY 12/17/2013          $          410.00**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1614487**

| | |
|---|---|
| **PLEASE REMIT TO:** | **FOR WIRE REMITTANCES:** |
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1614487 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 11/26/2013 |
| Invoice Number: | 1614487 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:    Claims (006)**

For professional services rendered through October 31, 2013:

| | | |
|---|---|---|
| **Fees** | $ | 410.00 |
| **BALANCE FOR THIS INVOICE DUE BY  12/17/2013** | $ | 410.00 |
| *PREVIOUS BALANCE* | | *4,870.20* |
| *TOTAL BALANCE DUE* | $ | *5,280.20* |

# Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

**Regarding:**       **Claims (006)**

Matter Number:       045116.000006

| Name | Hours | | Rate | | Amount |
|---|---|---|---|---|---|
| Jimmy D. Parrish | 1.00 | $ | 410.00 | $ | 410.00 |
| Total | 1.00 | | | $ | 410.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 10/28/13 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding Lydian claims. | 1.00 |
| | Total | | 1.00 |

## ACCOUNT SUMMARY

**Outstanding Invoices as of November 26, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | 1463095 | $ 858.00 | 06/29/12 | $ 600.60 | $ | 0.00 | $ 257.40 |
| 07/21/12 | 1485033 | 2,201.00 | 08/29/12 | 1,540.70 | | 0.00 | 660.30 |
| 08/23/12 | 1493331 | 3,021.50 | | 0.00 | | 0.00 | 3,021.50 |
| 01/22/13 | 1532765 | 234.00 | | 0.00 | | 0.00 | 234.00 |
| 02/19/13 | 1540530 | 287.00 | | 0.00 | | 0.00 | 287.00 |
| 03/18/13 | 1548131 | 164.00 | | 0.00 | | 0.00 | 164.00 |
| 06/18/13 | 1571976 | 41.00 | | 0.00 | | 0.00 | 41.00 |
| 10/23/13 | 1605387 | 205.00 | | 0.00 | | 0.00 | 205.00 |
| Totals | | $ 7,011.50 | | $ 2,141.30 | | $ 0.00 | $ 4,870.20 |

| | | |
|---|---|---|
| **Accounts Receivable Balance** | $ | 4,870.20 |
| **This Invoice** | | 410.00 |
| **Total Due Including Current Invoice** | $ | 5,280.20 |

**BAKER & HOSTETLER** LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield and Audrey L. Haisfield    Case 3:11-bk-08765-PMG    Doc 424-7    Filed 07/05/17    Page 30 of 49    11/26/2013

Invoice Date:
Invoice Number:    1614487
Matter Number:    045116.000006
Page 4

**Trust Account Activity**

**Trust Account:**

| Date | Matter Number | Description | | Amount |
|------|---------------|-------------|---|--------|
| | | Trust Retainer Applied | | 0.00 |
| | | Trust Balance as of October 31, 2013 | $ | 0.00 |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 12/16/2013 |
| Invoice Number: | 1618878 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

---

**Regarding:**        **Claims (006)**

For professional services rendered through November 30, 2013:

**BALANCE FOR THIS INVOICE DUE BY 1/6/2014**        $        **396.00**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1618878**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A.,  Cleveland, OH** |
| **Cleveland, Ohio 44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code:  KEYBUS33** |
| **Reference Invoice No: 1618878** | **Email the "Remittance Copy" to bakerlockbox@bakerlaw.com** |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 12/16/2013 |
| Invoice Number: | 1618878 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**    **Claims (006)**

For professional services rendered through November 30, 2013:

| | | |
|---|---|---|
| **Fees** | $ | **396.00** |
| **BALANCE FOR THIS INVOICE DUE BY  1/6/2014** | $ | **396.00** |
| *PREVIOUS BALANCE* | | *5,280.20* |
| *TOTAL BALANCE DUE* | $ | *5,676.20* |

# Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

**Regarding:**          **Claims (006)**

**Matter Number:**          045116.000006

| Name | Hours | | Rate | | Amount |
|------|-------|---|------|---|--------|
| Elizabeth A. Green | 0.80 | $ | 495.00 | $ | 396.00 |
| **Total** | **0.80** | | | **$** | **396.00** |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/14/13 | Elizabeth A. Green | Review issues regarding unsecured claim of co-owner of horse. | 0.80 |
| | **Total** | | **0.80** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of December 16, 2013**

| Invoice Date | Invoice Number | Original Amount | | Last Payment Date | Total Payments Applied | | Last Adjustment Date | Total Adjustments Applied | | A/R Balance |
|------|------|------|---|------|------|---|------|------|---|------|
| 04/30/12 | 1463095 | $ | 858.00 | 06/29/12 | $ | 600.60 | | $ | 0.00 | $ | 257.40 |
| 07/21/12 | 1485033 | | 2,201.00 | 08/29/12 | | 1,540.70 | | | 0.00 | | 660.30 |
| 08/23/12 | 1493331 | | 3,021.50 | | | 0.00 | | | 0.00 | | 3,021.50 |
| 01/22/13 | 1532765 | | 234.00 | | | 0.00 | | | 0.00 | | 234.00 |
| 02/19/13 | 1540530 | | 287.00 | | | 0.00 | | | 0.00 | | 287.00 |
| 03/18/13 | 1548131 | | 164.00 | | | 0.00 | | | 0.00 | | 164.00 |
| 06/18/13 | 1571976 | | 41.00 | | | 0.00 | | | 0.00 | | 41.00 |
| 10/23/13 | 1605387 | | 205.00 | | | 0.00 | | | 0.00 | | 205.00 |
| 11/26/13 | 1614487 | | 410.00 | | | 0.00 | | | 0.00 | | 410.00 |
| **Totals** | | **$** | **7,421.50** | | **$** | **2,141.30** | | **$** | **0.00** | **$** | **5,280.20** |

**Accounts Receivable Balance**                                              $     5,280.20
**This Invoice**                                                                                                  396.00

**Baker & Hostetler** LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield and Audrey L. Haisfield

**Total Due Including Current Invoice**                                     $     **5,676.20**

## Trust Account Activity

**Trust Account:**

| Date | Matter Number | Description | Amount |
|------|---------------|-------------|--------|
|      |               | **Trust Retainer Applied** | **0.00** |
|      |               | **Trust Balance as of November 30, 2013**  $ | **0.00** |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala, FL 34481-1525

| | |
|---|---|
| Invoice Date: | 09/25/14 |
| Invoice Number: | 50015690 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**         Claims (006)

For professional services rendered through August 31, 2014

**BALANCE FOR THIS INVOICE DUE BY 10/25/14**         $         86.00

# Remittance Copy

Please include this page with payment

**Invoice No:  50015690**

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

| Please Remit To:<br>**Baker & Hostetler LLP**<br>P.O. Box 70189<br>Cleveland,OH  44190-0189 | **FOR WIRE REMITTANCES:**<br>**Baker & Hostetler LLP**<br>KeyBank, N.A., Cleveland, OH<br>**Account No: 1001516552 / ABA 041001039**<br>**SWIFT Code: KEYBUS33** |
|---|---|
| Reference Invoice No: 50015690 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 09/25/14 |
| 800 SW 85th Ave | Invoice Number: 50015690 |
| Ocala, FL 34481-1525 | B&H File Number: 07938/045116/000006 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:**          **Claims (006)**

For professional services rendered through August 31, 2014

| | | | |
|---|---|---|---|
| **Fees** | $ | 86.00 | |
| **BALANCE FOR THIS INVOICE DUE BY 10/25/14** | | $ | 86.00 |
| **PREVIOUS BALANCE** | | 5,676.20 | |
| **TOTAL BALANCE DUE** | | 5,762.20 | |

Invoice Date: 09/25/14
Invoice Number: 50015690
Matter Number: 045116.000006
Page 3

**Regarding:**   **Claims (006)**

**Matter Number:**   045116.000006

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Parrish Jimmy D. | 0.20 | $ 430.00 | $ 86.00 |
| **Total** | **0.20** | | **$ 86.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 08/25/14 | Parrish Jimmy D. | Review Mixon claims. | 0.20 |
| | | **Total** | **0.20** |

## ACCOUNT SUMMARY

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | 1463095 | $ 858.00 | 06/29/12 | $ 600.60 | $ | $ | 257.40 |
| 07/21/12 | 1485033 | 2,201.00 | 08/29/12 | 1,540.70 | | | 660.30 |
| 08/23/12 | 1493331 | 3,021.50 | | 0.00 | | | 3,021.50 |
| 01/22/13 | 1532765 | 234.00 | | 0.00 | | | 234.00 |
| 02/19/13 | 1540530 | 287.00 | | 0.00 | | | 287.00 |
| 03/18/13 | 1548131 | 164.00 | | 0.00 | | | 164.00 |
| 06/18/13 | 1571976 | 41.00 | | 0.00 | | | 41.00 |
| 10/23/13 | 1605387 | 205.00 | | 0.00 | | | 205.00 |
| 11/26/13 | 1614487 | 410.00 | | 0.00 | | | 410.00 |
| 12/16/13 | 1618878 | 396.00 | | 0.00 | | | 396.00 |
| **Total** | | **$ 7,817.50** | | **$ 2,141.30** | | **$          $** | **5,676.20** |

| | | |
|---|---|---|
| **Account Receivable Balance** | $ | **5,676.20** |
| **This Invoice** | $ | **86.00** |
| **Total Due including current invoice** | $ | **5,762.20** |

**Trust Account**

| | | |
|---|---|---|
| Beginning Balance | $ | 0.00 |
| Current Trust Balance | $ | 0.00 |
| Total Trust Balance | | 0.00 |
| Trust Retainer Applied | | 0.00 |
| Trust Balance as of September 25, 2014 | $ | NaN |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 04/19/17 |
| 800 SW 85th Ave | Invoice Number: 50369805 |
| Ocala, FL 34481-1525 | B&H File Number: 07938/045116/000006 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

**Regarding:**     **Claims (006)**

For professional services rendered through March 31, 2017

**BALANCE FOR THIS INVOICE DUE BY 05/19/17     $     162.00**

## Remittance Copy

Please include this page with payment

**Invoice No:  50369805**

**Firm Contact Information**

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To: | FOR WIRE REMITTANCES: |
|---|---|
| **Baker & Hostetler LLP** | **Baker & Hostetler LLP** |
| **P.O. Box 70189** | **KeyBank, N.A., Cleveland, OH** |
| **Cleveland, OH  44190-0189** | **Account No: 1001516552 / ABA 041001039** |
| | **SWIFT Code: KEYBUS33** |
| **Reference Invoice No:** | **Email the "Remittance Copy" to** |
| **50369805** | **bakerlockbox@bakerlaw.com** |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date:   04/19/17 |
| 800 SW 85th Ave | Invoice Number:   50369805 |
| Ocala, FL 34481-1525 | B&H File Number:   07938/045116/000006 |
| | Taxpayer ID Number:   34-0082025 |
| | Page 2 |

**Regarding:**          **Claims (006)**

For professional services rendered through March 31, 2017

| | | | |
|---|---|---|---|
| Fees | $          162.00 | | |
| **BALANCE FOR THIS INVOICE DUE BY 05/19/17** | | $ | 162.00 |
| PREVIOUS BALANCE | 5,762.20 | | |
| TOTAL BALANCE DUE | 5,924.20 | | |

Baker & Hostetler LLP

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 04/19/17 |
| Invoice Number: | 50369805 |
| Matter Number: | 045116.000006 |
| | Page 3 |

---

**Regarding:**     **Claims (006)**

**Matter Number:**     045116.000006

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| Parrish Jimmy D. | 0.30 | $  540.00 | $ | 162.00 |
| **Total** | **0.30** | | **$** | **162.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/06/17 | Parrish Jimmy D. | Talk with Mr. Siboni regarding Kinsman claims. | 0.30 |
| | | **Total** | **0.30** |

### ACCOUNT SUMMARY

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | 1463095 | $   858.00 | 06/29/12 | $   600.60 | $ | $ | 257.40 |
| 07/21/12 | 1485033 | 2,201.00 | 08/29/12 | 1,540.70 | | | 660.30 |
| 08/23/12 | 1493331 | 3,021.50 | | 0.00 | | | 3,021.50 |
| 01/22/13 | 1532765 | 234.00 | | 0.00 | | | 234.00 |
| 02/19/13 | 1540530 | 287.00 | | 0.00 | | | 287.00 |
| 03/18/13 | 1548131 | 164.00 | | 0.00 | | | 164.00 |
| 06/18/13 | 1571976 | 41.00 | | 0.00 | | | 41.00 |
| 10/23/13 | 1605387 | 205.00 | | 0.00 | | | 205.00 |
| 11/26/13 | 1614487 | 410.00 | | 0.00 | | | 410.00 |
| 12/16/13 | 1618878 | 396.00 | | 0.00 | | | 396.00 |
| 09/25/14 | 50015690 | 86.00 | | 0.00 | | | 86.00 |
| | **Total** | **$  7,903.50** | | **$  2,141.30** | | **$** | **$   5,762.20** |

| | | |
|---|---|---|
| **Account Receivable Balance** | $ | 5,762.20 |
| **This Invoice** | $ | 162.00 |
| **Total Due including current invoice** | $ | 5,924.20 |

## Baker&Hostetler LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 05/11/17 |
| 800 SW 85th Ave | Invoice Number: 50376816 |
| Ocala, FL 34481-1525 | B&H File Number: 07938/045116/000006 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

**Regarding:**        **Claims (006)**

For professional services rendered through April 30, 2017

### BALANCE FOR THIS INVOICE DUE BY 06/10/17        $        1,242.00

## Remittance Copy

Please include this page with payment

### Invoice No:  50376816

#### Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, OH  44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code: KEYBUS33 |
| Reference Invoice No: | Email the "Remittance Copy" to |
| 50376816 | bakerlockbox@bakerlaw.com |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 05/11/17 |
| 800 SW 85th Ave | Invoice Number: 50376816 |
| Ocala, FL 34481-1525 | B&H File Number: 07938/045116/000006 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:**         Claims (006)

For professional services rendered through April 30, 2017

| | | |
|---|---|---|
| Fees | $ 1,242.00 | |
| BALANCE FOR THIS INVOICE DUE BY 06/10/17 | | $ 1,242.00 |
| PREVIOUS BALANCE | 5,924.20 | |
| TOTAL BALANCE DUE | 7,166.20 | |

Baker & Hostetler LLP

Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver
Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC

Richard Haisfield and Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 05/11/17 |
| Invoice Number: | 50376816 |
| Matter Number: | 045116.000006 |
| | Page 3 |

**Regarding:**   **Claims (006)**

Matter Number:   045116.000006

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Parrish Jimmy D. | 2.30 | $ 540.00 | $   1,242.00 |
| **Total** | **2.30** | | $   **1,242.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/04/17 | Parrish Jimmy D. | Draft Kinsman farm stipulation. | 0.60 |
| 04/04/17 | Parrish Jimmy D. | Talk with Ms. Leitch regarding Haisfield administrative claims. | 0.20 |
| 04/04/17 | Parrish Jimmy D. | Talk with Mr. Siboni regarding compromise motion with Kinsman farm. | 0.20 |
| 04/13/17 | Parrish Jimmy D. | Review issues regarding Kinsman claims and settlement options. | 0.40 |
| 04/13/17 | Parrish Jimmy D. | Talk with Mr. Siboni regarding Kinsman claims and settlement alternatives. | 0.30 |
| 04/13/17 | Parrish Jimmy D. | Talk with Mr. Haisfield regarding Kinsman farm claims and compromise alternatives. | 0.40 |
| 04/25/17 | Parrish Jimmy D. | Talk with Mr. Siboni regarding Kinsman farm payment options. | 0.20 |
| | | **Total** | **2.30** |

Baker&Hostetler LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

Richard Haisfield and Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 05/11/17 |
| Invoice Number: | 50376816 |
| Matter Number: | 045116.000006 |
| | Page 4 |

## ACCOUNT SUMMARY

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | 1463095 | $    858.00 | 06/29/12 | $    600.60 | $ | $ | 257.40 |
| 07/21/12 | 1485033 | 2,201.00 | 08/29/12 | 1,540.70 | | | 660.30 |
| 08/23/12 | 1493331 | 3,021.50 | | 0.00 | | | 3,021.50 |
| 01/22/13 | 1532765 | 234.00 | | 0.00 | | | 234.00 |
| 02/19/13 | 1540530 | 287.00 | | 0.00 | | | 287.00 |
| 03/18/13 | 1548131 | 164.00 | | 0.00 | | | 164.00 |
| 06/18/13 | 1571976 | 41.00 | | 0.00 | | | 41.00 |
| 10/23/13 | 1605387 | 205.00 | | 0.00 | | | 205.00 |
| 11/26/13 | 1614487 | 410.00 | | 0.00 | | | 410.00 |
| 12/16/13 | 1618878 | 396.00 | | 0.00 | | | 396.00 |
| 09/25/14 | 50015690 | 86.00 | | 0.00 | | | 86.00 |
| 04/19/17 | 50369805 | 162.00 | | 0.00 | | | 162.00 |
| **Total** | | $   8,065.50 | | $   2,141.30 | | $           $ | 5,924.20 |

| | | |
|---|---|---|
| Account Receivable Balance | $ | 5,924.20 |
| This Invoice | $ | 1,242.00 |
| Total Due including current invoice | $ | 7,166.20 |

## Baker&Hostetler LLP

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala, FL 34481-1525

| | |
|---|---|
| Invoice Date: | 06/08/17 |
| Invoice Number: | 50386221 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**        **Claims (006)**

For professional services rendered through May 31, 2017

### BALANCE FOR THIS INVOICE DUE BY 07/08/17        $        648.00

## Remittance Copy

Please include this page with payment

### Invoice No:  50386221

### Firm Contact Information

Elie Sanchez
(407) 649-3923
efsanchez@bakerlaw.com

| Please Remit To:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, OH  44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br>SWIFT Code: KEYBUS33 |
|---|---|
| Reference Invoice No:<br>50386221 | Email the "Remittance Copy" to<br>bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala, FL 34481-1525

| | |
|---|---|
| Invoice Date: | 06/08/17 |
| Invoice Number: | 50386221 |
| B&H File Number: | 07938/045116/000006 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:**          **Claims (006)**

For professional services rendered through May 31, 2017

| | | |
|---|---|---|
| Fees | $ | 648.00 |
| **BALANCE FOR THIS INVOICE DUE BY 07/08/17** | $ | 648.00 |
| PREVIOUS BALANCE | | 7,166.20 |
| TOTAL BALANCE DUE | | 7,814.20 |

Baker & Hostetler LLP

*Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Denver*
*Houston      Los Angeles      New York      Orlando      Philadelphia      Seattle      Washington, DC*

Richard Haisfield and Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 06/08/17 |
| Invoice Number: | 50386221 |
| Matter Number: | 045116.000006 |
| | Page 3 |

**Regarding:**   **Claims (006)**

**Matter Number:**   045116.000006

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Parrish Jimmy D. | 1.20 | $ 540.00 | $ 648.00 |
| **Total** | **1.20** | | $ **648.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/17 | Parrish Jimmy D. | Talk with Mr. Haisfield regarding Kinsman claims. | 0.40 |
| 05/01/17 | Parrish Jimmy D. | Talk with Mr. Siboni regarding Kinsman claims and compromise. | 0.20 |
| 05/02/17 | Parrish Jimmy D. | Talk with Mr. Siboni regarding Kinsman claims. | 0.20 |
| 05/08/17 | Parrish Jimmy D. | Talk with Mr. Haisfield regarding Kinsman claims. | 0.20 |
| 05/09/17 | Parrish Jimmy D. | Talk with Haisfield regarding Kinsman settlement. | 0.20 |
| | | **Total** | **1.20** |

Baker&Hostetler LLP

| | | | | | | |
|---|---|---|---|---|---|---|
| *Atlanta* | *Chicago* | *Cincinnati* | *Cleveland* | *Columbus* | *Costa Mesa* | *Denver* |
| *Houston* | *Los Angeles* | *New York* | *Orlando* | *Philadelphia* | *Seattle* | *Washington, DC* |

Richard Haisfield and Audrey L. Haisfield

| | |
|---|---|
| Invoice Date: | 06/08/17 |
| Invoice Number: | 50386221 |
| Matter Number: | 045116.000006 |
| | Page 4 |

## ACCOUNT SUMMARY

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustment Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 04/30/12 | 1463095 | $ 858.00 | 06/29/12 | $ 600.60 | $ | $ | 257.40 |
| 07/21/12 | 1485033 | 2,201.00 | 08/29/12 | 1,540.70 | | | 660.30 |
| 08/23/12 | 1493331 | 3,021.50 | | 0.00 | | | 3,021.50 |
| 01/22/13 | 1532765 | 234.00 | | 0.00 | | | 234.00 |
| 02/19/13 | 1540530 | 287.00 | | 0.00 | | | 287.00 |
| 03/18/13 | 1548131 | 164.00 | | 0.00 | | | 164.00 |
| 06/18/13 | 1571976 | 41.00 | | 0.00 | | | 41.00 |
| 10/23/13 | 1605387 | 205.00 | | 0.00 | | | 205.00 |
| 11/26/13 | 1614487 | 410.00 | | 0.00 | | | 410.00 |
| 12/16/13 | 1618878 | 396.00 | | 0.00 | | | 396.00 |
| 09/25/14 | 50015690 | 86.00 | | 0.00 | | | 86.00 |
| 04/19/17 | 50369805 | 162.00 | | 0.00 | | | 162.00 |
| 05/11/17 | 50376816 | 1,242.00 | | 0.00 | | | 1,242.00 |
| | Total | $ 9,307.50 | | $ 2,141.30 | | $        $ | 7,166.20 |

| | | |
|---|---|---|
| Account Receivable Balance | $ | 7,166.20 |
| This Invoice | $ | 648.00 |
| Total Due including current invoice | $ | 7,814.20 |

## BAKER & Hostetler LLP

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver*
*Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC*