# **EXHIBIT C-6**

## **SECURED CREDITOR MATTER INVOICES**

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 07/21/2012 |
| Invoice Number: | 1485034 |
| B&H File Number: | 07938/045116/000007 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**      **Secured Creditors (007)**

For professional services rendered through June 30, 2012:

**BALANCE FOR THIS INVOICE DUE BY 8/11/2012        $        312.00**

## Remittance Copy

**Please include this page with payment**

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1485034**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1485034 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date:           07/21/2012
Invoice Number:          1485034
B&H File Number: 07938/045116/000007
Taxpayer ID Number:      34-0082025
Page 2

**Regarding:**     **Secured Creditors (007)**

For professional services rendered through June 30, 2012:

**Fees**                                    $          312.00

**BALANCE FOR THIS INVOICE DUE BY  8/11/2012**            $      312.00

Baker&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield and Audrey L. Haisfield

**Regarding:**      **Secured Creditors (007)**

Matter Number:      045116.000007

| Name | Hours | | Rate | | Amount |
|------|------:|---|-----:|---|-------:|
| Jimmy D. Parrish | 0.80 | $ | 390.00 | $ | 312.00 |
| **Total** | **0.80** | | | **$** | **312.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 6/7/12 | Jimmy D. Parrish | Talk with Ms. Herendeen regarding BMW adequate protection request. | 0.30 |
| 6/7/12 | Jimmy D. Parrish | Review issues regarding BMW stay relief/adequate protection request. | 0.50 |
| | | **Total** | **0.80** |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 08/23/2012 |
| Invoice Number: | 1493333 |
| B&H File Number: | 07938/045116/000007 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:** **Secured Creditors (007)**

For professional services rendered through July 31, 2012:

**BALANCE FOR THIS INVOICE DUE BY 9/13/2012**     $        **507.00**

# Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1493333**

| | |
|---|---|
| **PLEASE REMIT TO:** | **FOR WIRE REMITTANCES:** |
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1493333 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# Baker Hostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 08/23/2012 |
| Invoice Number: | 1493333 |
| B&H File Number: | 07938/045116/000007 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**   **Secured Creditors (007)**

For professional services rendered through July 31, 2012:

**Fees**                                                                 $          507.00

**BALANCE FOR THIS INVOICE DUE BY  9/13/2012**                    $          507.00

Baker & Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Invoice Number:    1493333
Matter Number:    045116.000007
Page 3

08/23/2012

**Regarding:**    **Secured Creditors (007)**

Matter Number:    045116.000007

| Name | Hours | Rate | | Amount |
|------|------:|-----:|---|-------:|
| Jimmy D. Parrish | 1.30 | $ 390.00 | $ | 507.00 |
| **Total** | **1.30** | | **$** | **507.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 7/30/12 | Jimmy D. Parrish | Talk with Ms. Herendeen regarding BMW stay relief and discovery schedule. | 0.20 |
| 7/31/12 | Jimmy D. Parrish | Review issues regarding BMW stay relief. | 0.50 |
| 7/31/12 | Jimmy D. Parrish | Talk with Ms. Herendeen regarding BMW stay relief. | 0.30 |
| 7/31/12 | Jimmy D. Parrish | Talk with Ms. Herendeen regarding BMW discovery schedule and adjournment alternatives. | 0.30 |
| | | **Total** | **1.30** |

BAKER & Hostetler LLP

*Chicago*   *Cincinnati*   *Cleveland*   *Columbus*   *Costa Mesa*   *Denver*   *Houston*   *Los Angeles*   *New York*   *Orlando*   *Washington, DC*

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 09/17/2012 |
| Invoice Number: | 1499512 |
| B&H File Number: | 07938/045116/000007 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**          **Secured Creditors (007)**

For professional services rendered through August 31, 2012:

**BALANCE FOR THIS INVOICE DUE BY 10/8/2012**          $          **2,796.50**

## Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1499512**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1499512 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date:           09/17/2012
Invoice Number:              1499512
B&H File Number: 07938/045116/000007
Taxpayer ID Number:          34-0082025
Page 2

**Regarding:**      **Secured Creditors (007)**

For professional services rendered through August 31, 2012:

**Fees**                                    $        2,796.50

**BALANCE FOR THIS INVOICE DUE BY  10/8/2012**               $     2,796.50

# Baker&Hostetler LLP

*Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver     Houston     Los Angeles     New York     Orlando     Washington, DC*

Richard Haisfield and Audrey L. Haisfield

| | |
|---|---|
| Invoice Number: | 09/17/2012 |
| | 1499512 |
| Matter Number: | 045116.000007 |
| | Page 3 |

**Regarding:** **Secured Creditors (007)**

**Matter Number:** 045116.000007

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Elizabeth A. Green | 1.60 | $ 470.00 | $ | 752.00 |
| Jimmy D. Parrish | 4.30 | 390.00 | | 1,677.00 |
| Andrew V. Layden | 1.50 | 245.00 | | 367.50 |
| **Total** | **7.40** | | **$** | **2,796.50** |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 8/6/12 | Andrew V. Layden | Review BMW Bank of North America's Motion for Relief from Stay and draft Debtors' Response to Motion (1.5). | 1.50 |
| 8/23/12 | Jimmy D. Parrish | Review BMW stay relief alternatives. | 0.90 |
| 8/27/12 | Elizabeth A. Green | Review issues regarding secured claims. | 0.70 |
| 8/28/12 | Elizabeth A. Green | Review issues related to secured claims. | 0.90 |
| 8/28/12 | Jimmy D. Parrish | Research issues regarding burden of proof for stay relief motion. | 1.10 |
| 8/28/12 | Jimmy D. Parrish | Attend hearing on motion for stay relief by BMW. | 0.40 |
| 8/28/12 | Jimmy D. Parrish | Prepare for stay relief hearing. | 1.90 |
| | **Total** | | **7.40** |

**Baker & Hostetler LLP**

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 10/19/2012 |
| Invoice Number: | 1507992 |
| B&H File Number: | 07938/045116/000007 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**        **Secured Creditors (007)**

For professional services rendered through September 30, 2012:

**BALANCE FOR THIS INVOICE DUE BY 11/9/2012**        $        **814.00**

# Remittance Copy
### Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1507992**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code: KEYBUS33** |
| Reference Invoice No: 1507992 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date:                10/19/2012
Invoice Number:                1507992
B&H File Number: 07938/045116/000007
Taxpayer ID Number:          34-0082025
Page 2

**Regarding:**     **Secured Creditors (007)**

For professional services rendered through September 30, 2012:

**Fees**                                          $        814.00

**BALANCE FOR THIS INVOICE DUE BY  11/9/2012**               $      814.00

*PREVIOUS BALANCE*                                          *3,397.10*
*TOTAL BALANCE DUE*                                     *$*   *4,211.10*

## Baker&Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

Invoice Date:       10/19/2012
Invoice Number:     1507992
Matter Number:      045116.000007
Page 3

**Regarding:**      **Secured Creditors (007)**

Matter Number:      045116.000007

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Elizabeth A. Green | 1.40 | $ 470.00 | $ 658.00 |
| Jimmy D. Parrish | 0.40 | 390.00 | 156.00 |
| **Total** | **1.80** | | **$ 814.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 9/4/12 | Elizabeth A. Green | Review issues regarding secured claims. | 0.50 |
| 9/5/12 | Elizabeth A. Green | Review secured creditor issues. | 0.90 |
| 9/14/12 | Jimmy D. Parrish | Talk with Mr. Donahue regarding Stonewall Acquisition property. | 0.40 |
| | | **Total** | **1.80** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of October 19, 2012**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|------|------|------:|------|------:|------|------:|------:|
| 07/21/12 | 1485034 | $ 312.00 | 08/29/12 | $ 218.40 | | $ 0.00 | $ 93.60 |
| 08/23/12 | 1493333 | 507.00 | | 0.00 | | 0.00 | 507.00 |
| 09/17/12 | 1499512 | 2,796.50 | | 0.00 | | 0.00 | 2,796.50 |
| **Totals** | | **$ 3,615.50** | | **$ 218.40** | | **$ 0.00** | **$ 3,397.10** |

| | |
|---|---:|
| **Accounts Receivable Balance** | **$ 3,397.10** |
| **This Invoice** | **814.00** |
| **Total Due Including Current Invoice** | **$ 4,211.10** |

## Baker & Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 11/20/2012 |
| 800 SW 85th Ave | Invoice Number: 1516903 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000007 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

**Regarding:**      **Secured Creditors (007)**

For professional services rendered through October 31, 2012:

**BALANCE FOR THIS INVOICE DUE BY 12/11/2012      $      1,396.00**

# Remittance Copy

### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1516903**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code:  KEYBUS33 |
| Reference Invoice No: 1516903 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date:           11/20/2012
Invoice Number:            1516903
B&H File Number: 07938/045116/000007
Taxpayer ID Number:       34-0082025
Page 2

**Regarding:**    **Secured Creditors (007)**

For professional services rendered through October 31, 2012:

| | | |
|---|---|---|
| **Fees** | **$    1,396.00** | |
| **BALANCE FOR THIS INVOICE DUE BY  12/11/2012** | | **$    1,396.00** |
| *PREVIOUS BALANCE* | | *4,211.10* |
| *TOTAL BALANCE DUE* | | *$    5,607.10* |

**Regarding:**        **Secured Creditors (007)**

Matter Number:        045116.000007

| Name | Hours | Rate | | Amount |
|------|------:|-----:|---|-------:|
| Jimmy D. Parrish | 2.70 | $  390.00 | $ | 1,053.00 |
| Andrew V. Layden | 1.40 | 245.00 | | 343.00 |
| **Total** | **4.10** | | **$** | **1,396.00** |

| Date | Name | Description | Hours |
|------|------|-------------|------:|
| 10/17/12 | Andrew V. Layden | Draft letter to Bill Justice. | 1.10 |
| 10/18/12 | Andrew V. Layden | Finalize letter to Justice Real Estate. | 0.30 |
| 10/18/12 | Jimmy D. Parrish | Review Stonewall Acquisition discovery alternatives. | 0.60 |
| 10/19/12 | Jimmy D. Parrish | Review issues regarding Stonewall Acquisition discovery. | 1.00 |
| 10/19/12 | Jimmy D. Parrish | Revise letter to Bill Justice regarding Haisfield farm. | 0.40 |
| 10/29/12 | Jimmy D. Parrish | Talk with Mr. Donahue regarding Kentucky farm mortgage assignment. | 0.30 |
| 10/30/12 | Jimmy D. Parrish | Talk with Mr. Donahure regarding Kentucky farm stay relief alternatives. | 0.40 |
| | | **Total** | **4.10** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of November 20, 2012**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|------|------|------:|------|------:|------|------:|------:|
| 07/21/12 | 1485034 | $    312.00 | 08/29/12 | $    218.40 | $ | 0.00 | $    93.60 |
| 08/23/12 | 1493333 | 507.00 | | 0.00 | | 0.00 | 507.00 |
| 09/17/12 | 1499512 | 2,796.50 | | 0.00 | | 0.00 | 2,796.50 |
| 10/19/12 | 1507992 | 814.00 | | 0.00 | | 0.00 | 814.00 |

# BAKER & Hostetler LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

Invoice Date:          11/20/2012
Invoice Number:        1516903
Matter Number:    045116.000007
Page 4

| Totals | $ | 4,429.50 | $ | 218.40 | $ | 0.00 | $ | 4,211.10 |
|--------|---|----------|---|--------|---|------|---|----------|

| | | |
|---|---|---|
| Accounts Receivable Balance | $ | 4,211.10 |
| This Invoice | | 1,396.00 |
| Total Due Including Current Invoice | $ | 5,607.10 |

# Baker&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# BakerHostetler

| | | | |
|---|---|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: | 12/21/2012 |
| 800 SW 85th Ave | Invoice Number: | 1526894 |
| Ocala FL 34481-1525 | B&H File Number: | 07938/045116/000007 |
| | Taxpayer ID Number: | 34-0082025 |
| | | Page 1 |

**Regarding:**   **Secured Creditors (007)**

For professional services rendered through November 30, 2012:

**BALANCE FOR THIS INVOICE DUE BY 1/11/2013**     $     **312.00**

## Remittance Copy
### Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1526894**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1526894 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 12/21/2012 |
| Invoice Number: | 1526894 |
| B&H File Number: | 07938/045116/000007 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:**   **Secured Creditors (007)**

For professional services rendered through November 30, 2012:

| | | |
|---|---|---|
| **Fees** | $ | 312.00 |
| **BALANCE FOR THIS INVOICE DUE BY  1/11/2013** | $ | 312.00 |
| *PREVIOUS BALANCE* | | *5,607.10* |
| *TOTAL BALANCE DUE* | $ | *5,919.10* |

# Baker&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield and Audrey L. Haisfield

Regarding:    **Secured Creditors (007)**

Matter Number:    045116.000007

| Name | Hours | Rate | Amount |
|------|------|------|------|
| Jimmy D. Parrish | 0.80 | $ 390.00 | $ 312.00 |
| Total | 0.80 | | $ 312.00 |

| Date | Name | Description | Hours |
|------|------|-------------|------|
| 11/1/12 | Jimmy D. Parrish | Review issues regarding stay relief on Kentucky farm. | 0.80 |
| | Total | | 0.80 |

## ACCOUNT SUMMARY

Outstanding Invoices as of December 21, 2012

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|------|------|------|------|------|------|------|------|
| 07/21/12 | 1485034 | $ 312.00 | 08/29/12 | $ 218.40 | | $ 0.00 | $ 93.60 |
| 08/23/12 | 1493333 | 507.00 | | 0.00 | | 0.00 | 507.00 |
| 09/17/12 | 1499512 | 2,796.50 | | 0.00 | | 0.00 | 2,796.50 |
| 10/19/12 | 1507992 | 814.00 | | 0.00 | | 0.00 | 814.00 |
| 11/20/12 | 1516903 | 1,396.00 | | 0.00 | | 0.00 | 1,396.00 |
| Totals | | $ 5,825.50 | | $ 218.40 | | $ 0.00 | $ 5,607.10 |

| | | |
|---|---|---|
| Accounts Receivable Balance | $ | 5,607.10 |
| This Invoice | | 312.00 |
| Total Due Including Current Invoice | $ | 5,919.10 |

# BAKER & HOSTETLER LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 01/22/2013 |
| Invoice Number: | 1532766 |
| B&H File Number: | 07938/045116/000007 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 1 |

**Regarding:**    **Secured Creditors (007)**

For professional services rendered through December 31, 2012:

**BALANCE FOR THIS INVOICE DUE BY 2/12/2013        $        4,408.45**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No:  1532766**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | **SWIFT Code:  KEYBUS33** |
| Reference Invoice No: 1532766 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 01/22/2013 |
| Invoice Number: | 1532766 |
| B&H File Number: | 07938/045116/000007 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:      Secured Creditors (007)**

For professional services rendered through December 31, 2012:

| | | |
|---|---|---|
| **Fees** | $ | 4,368.00 |
| | | |
| **Expenses and Other Charges** | | |
| Postage (E108) | | 36.65 |
| Court Fees (E112) | | 3.80 |
| **Total Expenses** | $ | 40.45 |
| | | |
| **BALANCE FOR THIS INVOICE DUE BY  2/12/2013** | $ | 4,408.45 |
| | | |
| *PREVIOUS BALANCE* | | *5,919.10* |
| *TOTAL BALANCE DUE* | $ | *10,327.55* |

# Baker&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Richard Haisfield and Audrey L. Haisfield

**Regarding:**          **Secured Creditors (007)**

Matter Number:        045116.000007

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Jimmy D. Parrish | 11.20 | $    390.00 | $ | 4,368.00 |
| **Total** | **11.20** | | **$** | **4,368.00** |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/7/12 | Jimmy D. Parrish | Review issues regarding potential opposition to Stone Wall Acquisition stay relief. | 0.60 |
| 12/7/12 | Jimmy D. Parrish | Talk with Mr. Donahue regarding Stone Wall Acquisition stay relief. | 0.30 |
| 12/10/12 | Jimmy D. Parrish | Talk with Mr. Donahue regarding Stonewall Acquisition stay relief issues. | 0.40 |
| 12/10/12 | Jimmy D. Parrish | Talk with Mr. Busey and Ms. Jackson regarding Stonewall Acquisition stay relief alternatives. | 0.30 |
| 12/10/12 | Jimmy D. Parrish | Talk with Mr. Haisfield and Mr. Post regarding Stonewall Acquisition stay relief alternatives. | 0.20 |
| 12/10/12 | Jimmy D. Parrish | Review Stonewall Acquisition stay relief alternatives. | 0.70 |
| 12/11/12 | Jimmy D. Parrish | Prepare motion to continue hearing on Stonewall Acquisition stay relief. | 1.30 |
| 12/11/12 | Jimmy D. Parrish | Talk with Mr. McConnell regarding Stonewall Acquisition stay relief. | 0.20 |
| 12/11/12 | Jimmy D. Parrish | Talk with Ms. Jackson regarding Stonewall Acquisition stay relief alternatives. | 0.50 |
| 12/11/12 | Jimmy D. Parrish | Talk with Mr. Donahue regarding Stonewall Acquisition stay relief. | 0.30 |
| 12/11/12 | Jimmy D. Parrish | Talk with Mr. MacDonald regarding Stonewall Acquisition stay relief options. | 0.30 |
| 12/12/12 | Jimmy D. Parrish | Attend hearing on motion to continue hearing on Stonewall Acquisition stay relief motion. | 0.70 |
| 12/12/12 | Jimmy D. Parrish | Talk with Ms. Jackson and Mr. Busey regarding Stonewall Acquisition stay relief. | 0.70 |
| 12/12/12 | Jimmy D. Parrish | Prepare for hearing on motion to continue hearing on Stonewall Acquisition stay relief motion. | 0.80 |

**Baker&Hostetler** LLP

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

Richard Haisfield and Audrey L. Haisfield

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 12/13/12 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding Stonewall Acqusition stay relief. | 0.30 |
| 12/14/12 | Jimmy D. Parrish | Talk with Ms. Herendeen regarding BMW stay issues. | 0.40 |
| 12/14/12 | Jimmy D. Parrish | Review BMW compromise alternatives. | 0.60 |
| 12/17/12 | Jimmy D. Parrish | Review issues regarding BMW compromise alternatives. | 0.40 |
| 12/17/12 | Jimmy D. Parrish | Talk with Ms. Herendeen regarding BMW stay relief and adequate protection issues. | 0.20 |
| 12/18/12 | Jimmy D. Parrish | Prepare for BMW stay relief hearing. | 0.60 |
| 12/18/12 | Jimmy D. Parrish | Talk with Ms. Herendeen regarding BMW compromise alternatives. | 0.30 |
| 12/18/12 | Jimmy D. Parrish | Attend telephonic hearing on BMW stay relief. | 0.30 |
| 12/18/12 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding BMW compromise alternatives. | 0.30 |
| 12/19/12 | Jimmy D. Parrish | Review and revise Stonewall Acquisition stay relief order. | 0.50 |
| | **Total** | | **11.20** |

**Expenses and Other Charges**

| | | |
|------|------|------|
| 12/11/12 | Postage | 18.45 |
| 12/11/12 | Postage | 17.55 |
| 12/11/12 | Postage | 0.65 |
| 12/31/12 | Pacer Research - 12/31/12 by 45116.7 | 3.80 |

## ACCOUNT SUMMARY

**Outstanding Invoices as of January 22, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|------|------|------|------|------|------|------|------|
| 07/21/12 | 1485034 | $  312.00 | 08/29/12 | $  218.40 | $ | 0.00 $ | 93.60 |
| 08/23/12 | 1493333 | 507.00 | | 0.00 | | 0.00 | 507.00 |
| 09/17/12 | 1499512 | 2,796.50 | | 0.00 | | 0.00 | 2,796.50 |

**BAKER & Hostetler LLP**

*Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston    Los Angeles    New York    Orlando    Washington, DC*

| Date | Number | | | | |
|---|---|---|---|---|---|
| 10/19/12 | 1507992 | 814.00 | 0.00 | 0.00 | 814.00 |
| 11/20/12 | 1516903 | 1,396.00 | 0.00 | 0.00 | 1,396.00 |
| 12/21/12 | 1526894 | 312.00 | 0.00 | 0.00 | 312.00 |
| | Totals | $ 6,137.50 | $ 218.40 | $ 0.00 | $ 5,919.10 |

| | | |
|---|---|---|
| **Accounts Receivable Balance** | $ | 5,919.10 |
| **This Invoice** | | 4,408.45 |
| **Total Due Including Current Invoice** | $ | 10,327.55 |

# Baker&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 02/19/2013 |
| 800 SW 85th Ave | Invoice Number: 1540531 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000007 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 1 |

**Regarding:**        **Secured Creditors (007)**

For professional services rendered through January 31, 2013:

**BALANCE FOR THIS INVOICE DUE BY 3/12/2013        $        164.00**

# Remittance Copy
### Please include this page with payment

### Firm Contact Information

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

### Invoice No:  1540531

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A.,  Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
| | SWIFT Code:  KEYBUS33 |
| Reference Invoice No: 1540531 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---|
| Invoice Date: | 02/19/2013 |
| Invoice Number: | 1540531 |
| B&H File Number: | 07938/045116/000007 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

---

**Regarding:** **Secured Creditors (007)**

For professional services rendered through January 31, 2013:

| | | |
|---|---|---|
| **Fees** | $ | **164.00** |
| **BALANCE FOR THIS INVOICE DUE BY  3/12/2013** | $ | **164.00** |
| *PREVIOUS BALANCE* | | *10,327.55* |
| *TOTAL BALANCE DUE* | $ | *10,491.55* |

# Baker&Hostetler LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

**Regarding:**       **Secured Creditors (007)**

Matter Number:       045116.000007

| Name | Hours | Rate | | Amount |
|------|-------|------|---|--------|
| Jimmy D. Parrish | 0.40 | $ 410.00 | $ | 164.00 |
| **Total** | **0.40** | | **$** | **164.00** |

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 1/4/13 | Jimmy D. Parrish | Talk with Ms. Herendeen regarding BMW agreed order. | 0.40 |
| | **Total** | | **0.40** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of February 19, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|--------------|----------------|-----------------|-------------------|------------------------|----------------------|---------------------------|-------------|
| 07/21/12 | 1485034 | $  312.00 | 08/29/12 | $  218.40 | $ | 0.00 | $  93.60 |
| 08/23/12 | 1493333 | 507.00 | | 0.00 | | 0.00 | 507.00 |
| 09/17/12 | 1499512 | 2,796.50 | | 0.00 | | 0.00 | 2,796.50 |
| 10/19/12 | 1507992 | 814.00 | | 0.00 | | 0.00 | 814.00 |
| 11/20/12 | 1516903 | 1,396.00 | | 0.00 | | 0.00 | 1,396.00 |
| 12/21/12 | 1526894 | 312.00 | | 0.00 | | 0.00 | 312.00 |
| 01/22/13 | 1532766 | 4,408.45 | | 0.00 | | 0.00 | 4,408.45 |
| **Totals** | | **$  10,545.95** | | **$  218.40** | | **$  0.00** | **$  10,327.55** |

| | | |
|---|---|---|
| **Accounts Receivable Balance** | $ | 10,327.55 |
| **This Invoice** | | 164.00 |
| **Total Due Including Current Invoice** | $ | 10,491.55 |

# BAKER & HOSTETLER LLP

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*