# EXHIBIT C-7

# ADVERSARY MATTERS INVOICES

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date: 05/17/2013<br>Invoice Number: 1564087<br>B&H File Number: 07938/045116/000008<br>Taxpayer ID Number: 34-0082025<br>Page 1 |

Regarding:       Adversary Matters (008)

For professional services rendered through April 30, 2013:

**BALANCE FOR THIS INVOICE DUE BY 6/7/2013**          $          410.00

*Remittance Copy*

Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1564087**

| PLEASE REMIT TO:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, Ohio 44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br>**SWIFT Code: KEYBUS33** |
| Reference Invoice No: 1564087 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date: 05/17/2013<br>Invoice Number: 1564087<br>B&H File Number: 07938/045116/000008<br>Taxpayer ID Number: 34-0082025<br>Page 2 |

**Regarding:** Adversary Matters (008)

For professional services rendered through April 30, 2013:

    Fees      $     410.00

**BALANCE FOR THIS INVOICE DUE BY 6/7/2013**      $     410.00

**Baker&Hostetler LLP**
*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

**Regarding:** Adversary Matters (008)

Matter Number: 045116.000008

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 1.00 | $ 410.00 | $ 410.00 |
| **Total** | **1.00** | | **$ 410.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 4/15/13 | Jimmy D. Parrish | Talk with Mr. Krasker regarding document production. | 0.10 |
| 4/17/13 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding Committee settlement alternatives. | 0.30 |
| 4/17/13 | Jimmy D. Parrish | Talk with Ms. Leitch regarding Haisfield settlement alternatives. | 0.20 |
| 4/22/13 | Jimmy D. Parrish | Talk with Ms. Leitch regarding extension to respond to Committee complaint. | 0.10 |
| 4/22/13 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding response to Committee complaint. | 0.30 |
| | | **Total** | **1.00** |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date: 06/18/2013<br>Invoice Number: 1571977<br>B&H File Number: 07938/045116/000008<br>Taxpayer ID Number: 34-0082025<br>Page 1 |

---

**Regarding:** Adversary Matters (008)

For professional services rendered through May 31, 2013:

**BALANCE FOR THIS INVOICE DUE BY 7/9/2013**       $       **2,624.00**

## Remittance Copy
Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1571977**

| PLEASE REMIT TO:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, Ohio 44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br>SWIFT Code: KEYBUS33 |
|---|---|
| Reference Invoice No: 1571977 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 06/18/2013 |
| 800 SW 85th Ave | Invoice Number: 1571977 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000008 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

Regarding:    Adversary Matters (008)

For professional services rendered through May 31, 2013:

| | | |
|---|---|---|
| Fees | $ | 2,624.00 |
| **BALANCE FOR THIS INVOICE DUE BY 7/9/2013** | $ | 2,624.00 |
| *PREVIOUS BALANCE* | | *410.00* |
| *TOTAL BALANCE DUE* | *$* | *3,034.00* |

**Baker&Hostetler LLP**
*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

Case 3:11-bk-08765-PMG    Doc 424-9    Filed 07/05/17    Page 7 of 18

Richard Haisfield and Audrey L. Haisfield                          Invoice Date:    06/18/2013
                                                                 Invoice Number:        1571977
                                                                  Matter Number:    045116.000008
                                                                                          Page 3

---

**Regarding:**     **Adversary Matters (008)**

Matter Number:     045116.000008

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 6.40 | $ 410.00 | $ 2,624.00 |
| **Total** | **6.40** | | **$ 2,624.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 5/13/13 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding adversary issues. | 0.60 |
| 5/14/13 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding committee adversary complaint. | 0.60 |
| 5/14/13 | Jimmy D. Parrish | Talk with Mr. Wilcox and Mr. Dubosar regarding Haisfield committee adversary complaint. | 1.00 |
| 5/14/13 | Jimmy D. Parrish | Talk with Mr. Dubosar regarding Haisfield committee adversary complaint. | 0.20 |
| 5/16/13 | Jimmy D. Parrish | Talk with Mr. Wilcox, Mr. Landau and Mr. Dubosar regarding committee adversary complaint. | 1.30 |
| 5/17/13 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding committee adversary complaint. | 0.60 |
| 5/28/13 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding adversary representation. | 0.20 |
| 5/29/13 | Jimmy D. Parrish | Attend Rule 26 conference call with committee and adversary counsel. | 0.40 |
| 5/29/13 | Jimmy D. Parrish | Talk with Mr. Wilcox regarding Committee adversary representation. | 0.40 |
| 5/29/13 | Jimmy D. Parrish | Talk with Mr. Landau regarding Committee adversary issues and breeding rights allegation. | 0.80 |
| 5/29/13 | Jimmy D. Parrish | Talk with Mr. Landau, Mr. Dubosar, Mr. Wilcox and Mr. Legon regarding Rule 26 conference. | 0.30 |
| | | **Total** | **6.40** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of June 18, 2013**

Richard Haisfield and Audrey L. Haisfield
Case 3:11-bk-08765-PMG   Doc 424-9   Filed 07/05/17   Page 8 of 18

Invoice Date: 06/18/2013
Invoice Number: 1571977
Matter Number: 045116.000008
Page 4

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 05/17/13 | 1564087 | $ 410.00 | | $ 0.00 | | $ 0.00 | $ 410.00 |
| | Totals | $ 410.00 | | $ 0.00 | | $ 0.00 | $ 410.00 |

| | |
|---|---|
| Accounts Receivable Balance | $ 410.00 |
| This Invoice | 2,624.00 |
| Total Due Including Current Invoice | $ 3,034.00 |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date: 08/16/2013
Invoice Number: 1588375
B&H File Number: 07938/045116/000008
Taxpayer ID Number: 34-0082025

Page 1

---

Regarding: Adversary Matters (008)

For professional services rendered through July 31, 2013:

**BALANCE FOR THIS INVOICE DUE BY 9/6/2013**     $     **1,517.00**

## Remittance Copy
Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1588375**

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Baker & Hostetler LLP | Baker & Hostetler LLP |
| P.O. Box 70189 | KeyBank, N.A., Cleveland, OH |
| Cleveland, Ohio 44190-0189 | Account No: 1001516552 / ABA 041001039 |
|  | SWIFT Code: KEYBUS33 |
| Reference Invoice No: 1588375 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield | Invoice Date: 08/16/2013 |
| 800 SW 85th Ave | Invoice Number: 1588375 |
| Ocala FL 34481-1525 | B&H File Number: 07938/045116/000008 |
| | Taxpayer ID Number: 34-0082025 |
| | Page 2 |

**Regarding:** Adversary Matters (008)

For professional services rendered through July 31, 2013:

| | | |
|---|---|---|
| Fees | $ | 1,517.00 |
| **BALANCE FOR THIS INVOICE DUE BY 9/6/2013** | $ | 1,517.00 |
| *PREVIOUS BALANCE* | | 3,034.00 |
| *TOTAL BALANCE DUE* | $ | 4,551.00 |

**Baker & Hostetler** LLP
*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

**Regarding:** Adversary Matters (008)

**Matter Number:** 045116.000008

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 3.70 | $ 410.00 | $ 1,517.00 |
| Total | 3.70 | | $ 1,517.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 7/23/13 | Jimmy D. Parrish | Talk with Mr. Wilcox regarding Haisfield adversary matters. | 0.80 |
| 7/25/13 | Jimmy D. Parrish | Talk with Mr. Haisfield regarding response to Committee inquiry. | 0.50 |
| 7/25/13 | Jimmy D. Parrish | Talk with Mr. Dubosar, Mr. Wilcox and Mr. Haisfield regarding response to Committee inquiry. | 0.40 |
| 7/26/13 | Jimmy D. Parrish | Talk with Mr. Dubosar, Mr. Wilcox and Mr. Haisfield regarding Committee inquiry response. | 2.00 |
| | | Total | 3.70 |

## ACCOUNT SUMMARY

**Outstanding Invoices as of August 16, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 05/17/13 | 1564087 | $ 410.00 | | $ 0.00 | | $ 0.00 | $ 410.00 |
| 06/18/13 | 1571977 | 2,624.00 | | 0.00 | | 0.00 | 2,624.00 |
| | Totals | $ 3,034.00 | | $ 0.00 | | $ 0.00 | $ 3,034.00 |

| | |
|---|---|
| Accounts Receivable Balance | $ 3,034.00 |
| This Invoice | 1,517.00 |
| Total Due Including Current Invoice | $ 4,551.00 |

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date: 09/19/2013<br>Invoice Number: 1597355<br>B&H File Number: 07938/045116/000008<br>Taxpayer ID Number: 34-0082025<br>Page 1 |

**Regarding:**     Adversary Matters (008)

For professional services rendered through August 31, 2013:

       **BALANCE FOR THIS INVOICE DUE BY 10/10/2013     $     344.50**

## Remittance Copy
Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1597355**

| PLEASE REMIT TO:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, Ohio 44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br>**SWIFT Code: KEYBUS33** |
|---|---|
| Reference Invoice No: 1597355 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

| | |
|---|---:|
| Invoice Date: | 09/19/2013 |
| Invoice Number: | 1597355 |
| B&H File Number: | 07938/045116/000008 |
| Taxpayer ID Number: | 34-0082025 |
| | Page 2 |

**Regarding:** Adversary Matters (008)

For professional services rendered through August 31, 2013:

| | | |
|---|---:|---:|
| Fees | $ | 344.50 |
| **BALANCE FOR THIS INVOICE DUE BY 10/10/2013** | $ | 344.50 |
| *PREVIOUS BALANCE* | | *4,551.00* |
| *TOTAL BALANCE DUE* | $ | *4,895.50* |

Richard Haisfield and Audrey L. Haisfield  Invoice Date: 09/19/2013
Invoice Number: 1597355
Matter Number: 045116.000008
Page 3

Case 3:11-bk-08765-PMG    Doc 424-9    Filed 07/05/17    Page 14 of 18

**Regarding:** **Adversary Matters (008)**

Matter Number: 045116.000008

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Andrew V. Layden | 1.30 | $ 265.00 | $ 344.50 |
| Total | 1.30 | | $ 344.50 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 8/5/13 | Andrew V. Layden | Prepare for and telephonically attend hearing regarding Committee's request for temporary restraining order. | 1.30 |
| | | Total | 1.30 |

## ACCOUNT SUMMARY

**Outstanding Invoices as of September 19, 2013**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 05/17/13 | 1564087 | $ 410.00 | | $ 0.00 | | $ 0.00 | $ 410.00 |
| 06/18/13 | 1571977 | 2,624.00 | | 0.00 | | 0.00 | 2,624.00 |
| 08/16/13 | 1588375 | 1,517.00 | | 0.00 | | 0.00 | 1,517.00 |
| Totals | | $ 4,551.00 | | $ 0.00 | | $ 0.00 | $ 4,551.00 |

| | |
|---|---|
| Accounts Receivable Balance | $ 4,551.00 |
| This Invoice | 344.50 |
| Total Due Including Current Invoice | $ 4,895.50 |

**Baker & Hostetler LLP**

*Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver   Houston   Los Angeles   New York   Orlando   Washington, DC*

# BakerHostetler

| | |
|---|---|
| Richard Haisfield and Audrey L. Haisfield<br>800 SW 85th Ave<br>Ocala FL 34481-1525 | Invoice Date: 01/22/2014<br>Invoice Number: 1626249<br>B&H File Number: 07938/045116/000008<br>Taxpayer ID Number: 34-0082025<br>Page 1 |

**Regarding:**     Adversary Matters (008)

For professional services rendered through December 31, 2013:

      **BALANCE FOR THIS INVOICE DUE BY 2/12/2014**     $     **123.00**

## Remittance Copy
### Please include this page with payment

**Firm Contact Information**

Angie Pedraza
(407) 649-4022
apedraza@bakerlaw.com

**Invoice No: 1626249**

| PLEASE REMIT TO:<br>Baker & Hostetler LLP<br>P.O. Box 70189<br>Cleveland, Ohio 44190-0189 | FOR WIRE REMITTANCES:<br>Baker & Hostetler LLP<br>KeyBank, N.A., Cleveland, OH<br>Account No: 1001516552 / ABA 041001039<br>**SWIFT Code: KEYBUS33** |
|---|---|
| Reference Invoice No: 1626249 | Email the "Remittance Copy" to bakerlockbox@bakerlaw.com |

# BakerHostetler

Richard Haisfield and Audrey L. Haisfield
800 SW 85th Ave
Ocala FL 34481-1525

Invoice Date: 01/22/2014
Invoice Number: 1626249
B&H File Number: 07938/045116/000008
Taxpayer ID Number: 34-0082025
Page 2

---

**Regarding:** Adversary Matters (008)

For professional services rendered through December 31, 2013:

| | | |
|---|---|---|
| Fees | $ | 123.00 |
| **BALANCE FOR THIS INVOICE DUE BY 2/12/2014** | $ | 123.00 |
| *PREVIOUS BALANCE* | | 4,895.50 |
| *TOTAL BALANCE DUE* | $ | 5,018.50 |

Baker & Hostetler LLP

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

**Regarding:** Adversary Matters (008)

**Matter Number:** 045116.000008

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jimmy D. Parrish | 0.30 | $ 410.00 | $ 123.00 |
| **Total** | **0.30** | | **$ 123.00** |

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/9/13 | Jimmy D. Parrish | Talk with Mr. Dubosar regarding Haisfield adversary. | 0.10 |
| 12/10/13 | Jimmy D. Parrish | Talk with Mr. Dubosar regarding Haisifeld adversary status. | 0.20 |
| | | **Total** | **0.30** |

## ACCOUNT SUMMARY

**Outstanding Invoices as of January 22, 2014**

| Invoice Date | Invoice Number | Original Amount | Last Payment Date | Total Payments Applied | Last Adjustment Date | Total Adjustments Applied | A/R Balance |
|---|---|---|---|---|---|---|---|
| 05/17/13 | 1564087 | $ 410.00 | | $ 0.00 | | $ 0.00 | $ 410.00 |
| 06/18/13 | 1571977 | 2,624.00 | | 0.00 | | 0.00 | 2,624.00 |
| 08/16/13 | 1588375 | 1,517.00 | | 0.00 | | 0.00 | 1,517.00 |
| 09/19/13 | 1597355 | 344.50 | | 0.00 | | 0.00 | 344.50 |
| **Totals** | | **$ 4,895.50** | | **$ 0.00** | | **$ 0.00** | **$ 4,895.50** |

| | |
|---|---|
| **Accounts Receivable Balance** | **$ 4,895.50** |
| **This Invoice** | **123.00** |
| **Total Due Including Current Invoice** | **$ 5,018.50** |

**Trust Account Activity**

Baker & Hostetler LLP

Atlanta  Chicago  Cincinnati  Cleveland  Columbus  Costa Mesa  Denver
Houston  Los Angeles  New York  Orlando  Philadelphia  Seattle  Washington, DC

**Trust Account:**

| Date | Matter Number | Description | | Amount |
|---|---|---|---|---|
| | | **Trust Retainer Applied** | | 0.00 |
| | | **Trust Balance as of December 31, 2013** | $ | 0.00 |

Baker & Hostetler LLP

Atlanta　　Chicago　　Cincinnati　　Cleveland　　Columbus　　Costa Mesa　　Denver
Houston　　Los Angeles　　New York　　Orlando　　Philadelphia　　Seattle　　Washington, DC